| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and A<br>Bill Doyle SBN 188069<br>Doyle Lowther Llp<br>9466 Black Mountain Road Suite 210<br>San Diego, CA 92126<br>ATTORNEY FOR     Plaintiff | TELEPHONE NUMBER<br>619-573-1700<br><br>Ref. No. or File No.<br>2011012 LG Consumer | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - SAN DIEGO, CALIFORNIA<br>940 Front St<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terry Horvath vs LG Electronics | | |

| INVOICE NO.<br>802963 | DATE:<br>08/30/2011 | TIME:<br>8:30 am | DEP./DIV. | CASE NUMBER:<br>11-cv-1576 |
|---|---|---|---|---|

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Action; Complaint;

On: LG Electronics MobileComm USA Inc., a California corporation

At: 10101 Old Grove Road
    San Diego, CA 92131

In the above named action by delivering to and leaving with

Jennifer Busalacchi
Whose title is: Paralegal

On: 7/20/2011                    At: 11:40 AM

Person who served papers
  a. Name: Jonas Williams
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 69.50
  e. I am:
  (3) [X] a registered CACA process server:
      (i) [X] Independent ContractorIndependent Contractor
      (ii) Registration No.: 15184005
      (iii) County: San DiegoSan Diego

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

7/26/2011

Jonas Williams

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12          >

Declaration of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and A<br>Bill Doyle SBN 188069<br>Doyle Lowther Llp<br>9466 Black Mountain Road Suite 210<br>San Diego, CA 92126<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>619-573-1700<br><br>Ref. No. or File No.<br>2011012 LG Consumer | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - SAN DIEGO, CALIFORNIA<br>940 Front St<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Terry Horvath vs LG Electronics | | |

| INVOICE NO.<br>802963 | DATE:<br>08/30/2011 | TIME:<br>8:30 am | DEP./DIV. | CASE NUMBER:<br>11-cv-1576 |
|---|---|---|---|---|

United States District Court
Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 07/21/2011, I served the within:

Summons in a Civil Action; Complaint;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Chino Hills, California, addressed as follows:

LG Electronics MobileComm USA Inc., a California corporation
10101 Old Grove Road
San Diego, CA 92131

Declarant:
  a. Name: Daniel Flores
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 69.50
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: 734
      (iii) County: Riverside

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

7/21/2011

Daniel Flores

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12            >          *(signature)*

**Declaration of Service by Mail**