DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (SBN 188069)
bill@doylelowther.com
JOHN A. LOWTHER (SBN 207000)
john@doylelowther.com
JAMES R. HAIL (SBN 202439)
jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA  92131
Telephone: (858) 935-9960
Facsimile:  (858) 939-1939

GLYNN LAW GROUP
THOMAS E. GLYNN (SBN 223429)
tom@glynnlawgroup.com
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
Telephone: (858) 271-1100
Facsimile:  (858) 876-1530

THE CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiff
[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, an individual on his own behalf and on behalf of all others similarly situated; | CASE NO.: 3:11-CV-01576-H (RBBx) |
| | CLASS ACTION |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| v. | Judge:        Hon. Marilyn L. Huff |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; and DOES 1 through 10; | Complaint Filed:  July 18, 2011 |
| Defendants. | |

1

2      TO:     THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3      PLEASE TAKE NOTICE that THE CONSUMER LAW GROUP and Alan M.

4  Mansfield, co-counsel for Plaintiffs in the above-referenced matters, has changed its address,

5  effective October 1, 2011, as follows:

6      THE CONSUMER LAW GROUP
        Alan M. Mansfield
7      alan@clgca.com
        10200 Willow Creek Road, Suite 160
8      San Diego, CA 92131
        Tel: (619) 308-5034
9      Fax: (888) 341-5048

10     The email address, phone and fax numbers remain the same.  Please change your

11  records/proof of service lists accordingly.

12  Dated:  October 3, 2011          THE CONSUMER LAW GROUP

13                                   By: ___/s/ Alan M. Mansfield_____
                                         Alan M. Mansfield
14                                       alan@clgca.com
                                         10200 Willow Creek Rd., Suite 160
15                                       San Diego, CA 92131
                                         Tel: (619) 308-5034
16                                       Fax: (888) 341-5048

17                                   DOYLE LOWTHER LLP
                                     WILLIAM J. DOYLE II (SBN 188069)
18                                   bill@doylelowther.com
                                     JOHN A. LOWTHER (SBN 207000)
19                                   john@doylelowther.com
                                     JAMES R. HAIL (SBN 202439)
20                                   jim@doylelowther.com
                                     10200 Willow Creek Road, Suite 150
21                                   San Diego, CA  92131
                                     Telephone: (858) 935-9960
22                                   Facsimile:  (858) 939-1939

23                                   GLYNN LAW GROUP
                                     THOMAS E. GLYNN (SBN 223429)
24                                   tom@glynnlawgroup.com
                                     10200 Willow Creek Road, Suite 170
25                                   San Diego, CA 92131
                                     Telephone: (858) 271-1100
26                                   Facsimile:  (858) 876-1530

27                                   Attorneys for Plaintiff

28

NOTICE OF CHANGE OF ADDRESS                    CASE NO.: 3:11-cv-01576-H (RBBx)