# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation,<br><br>Defendant. | CASE NO. 3:11-CV-01576-H<br><br>**ORDER GRANTING DEFENDANT LA ELECTRONICS MOBILECOMM U.S.A. INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPONSE TO THE COMPLAINT** |

On July 18, 2011, Plaintiff Terry Horvath filed a complaint against Defendant LG Electronics MobileComm, Inc. ("LGE"). (Doc. No. 1.) On September 30, 2011, LGE filed a motion for an extension of time to answer or otherwise respond to the complaint pursuant to Local Rule 12.1. (Doc. No. 11.)

The Court, for good cause shown, GRANTS LGE's motion for an extension of time. Accordingly, Defendant LGE is directed to answer or otherwise respond to the complaint on or before October 28, 2011.

**IT IS SO ORDERED.**

DATED: October 3, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT