DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
bill@doylelowther.com
JOHN A. LOWTHER (207000)
john@doylelowther.com
JAMES R. HAIL (202439)
jim@doylelowther.com
10200 Willow Creek Rd., Suite 150
San Diego, CA  92131
858.935.9960
858.939.1939 fax

*Attorneys for Plaintiff and the proposed class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, individually and on behalf of all others similarly situated; | Case No.  3:11-CV-01576-H (RBBx) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | Judge:  Hon. Marilyn L. Huff |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; | |
| Defendant. | |

1  TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that effective immediately, the contact information for Doyle
4  Lowther LLP has changed to the following:

**DOYLE LOWTHER LLP**
**10200 Willow Creek Rd., Suite 150**
**San Diego, CA  92131**
**858.935.9960**
**858.939.1939 fax**

.

DATED: October 7, 2011          Respectfully submitted,

/s/ John A. Lowther
JOHN A. LOWTHER

DOYLE LOWTHER LLP
William J. Doyle II
John A. Lowther
James R. Hail
10200 Willow Creek Rd., Suite 150
San Diego, CA  92131
858.935.9960
858.939.1939 fax
bill@doylelowther.com
john@doylelowther.com
jim@doylelowther.com

*Attorneys for Plaintiff and the proposed class*