DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
bill@doylelowther.com
JOHN A. LOWTHER (207000)
john@doylelowther.com
JAMES R. HAIL (202439)
jim@doylelowther.com
10200 Willow Creek Rd., Suite 150
San Diego, CA  92131
858.935.9960
858.939.1939 fax

GLYNN LAW GROUP
THOMAS E. GLYNN (SBN 223429)
tom@glynnlawgroup.com
10200 Willow Creek Rd., Suite 170
San Diego, CA 92131
Telephone: (858) 271-1100
Facsimile:  (858) 876-1530

[*Additional Counsel on Signature Page*]

Attorneys for Plaintiff and the proposed class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>Defendant. | Case No. 3:11-CV-01576-H (RBBx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Marilyn L. Huff<br><br>Complaint filed:  July 18, 2011 |

1     I, Kristina L. Davis, declare under penalty of perjury that I am employed with Doyle Lowther LLP, whose address is 10200 Willow Creek Road, Suite 150, San Diego, California 92131. I am over the age of 18 years and not a party to this action; that I served the below named persons the following documents:

5     **NOTICE OF CHANGE OF ADDRESS; and**

6     **CERTIFICATE OF SERVICE.**

7     [ ]     By personally delivering copies to the person served at the following address:

8     [X]     Via the Court's electronic notification system to the addresses listed below:

9     **SEE ATTACHED SERVICE LIST**

10     [ ]     By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each for collection and mailing pursuant to the ordinary business practice of this office, which mail is deposited with the U.S. Postal Service on the same day at San Diego, California.

14     [ ]     By Overnight Mail by placing an Federal Express envelope addressed to each of the persons on the service list attached hereto and depositing said envelope in the Federal Express Pickup boxes located at Business Park Way and Carroll Canyon Road in San Diego, California 92131.

19     Executed this 7th day of October, 2011 at San Diego, California.

*[signature]*
KRISTINA L. DAVIS

---

CERTIFICATE OF SERVICE     CASE NO. 3:11-CV-01576-H (RBBx)

## SERVICE LIST

1

2  STEPTOE & JOHNSON LLP
   Jason Levin
3  633 West Fifth Street, Suite700
   Los Angeles, CA 90071
4  Tel:  (213) 439-9400
   Fax:  (213) 439-9599
5  jlevin@steptoe.com

6
   *Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*
7

8  GLYNN LAW GROUP
   Thomas E. Glynn
9  9466 Black Mountain Road, Suite 215
   San Diego, CA 92126
10 Telephone: (858) 271-1100
   Facsimile:  (858) 876-1530
11 tom@glynnlawgroup.com

12
   *Co-Counsel for Plaintiff*
13

14 THE CONSUMER LAW GROUP OF CALIFORNIA
   Alan M. Mansfield
15 9466 Black Mountain Road, Suite 225
   San Diego, CA 92126
16 Tel:  (619) 308-5034
   Fax:  (888) 341-5048
17 alan@clgca.com

18
   *Co-Counsel for Plaintiff*
19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE          CASE NO. 3:11-CV-01576-H (RBBx)