Jason Levin, Esq. (CSB No. 161807)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile: (213) 439-9599
Email:   *jlevin@steptoe.com*

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH,<br><br>             Plaintiff,<br><br>     vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>             Defendant. | Case No. 3:11-CV-01576-H-RBB<br><br>**NOTICE OF SUBSTITUTION AND MOTION FOR WITHDRAWAL OF ATTORNEY JASON LEVIN** |

**PLEASE TAKE NOTICE** that Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LG") has substituted counsel and is now represented by the following attorneys:

> Gino D. Serpe (SBN No.: 160238)
> THE LAW OFFICES OF GINO D. SERPE
> gino@serpelawfirm.com
> The Koll Center
> 501 West Broadway, Suite 800
> San Diego, CA 92101
> Telephone: (619) 702-2907
> Facsimile: (619) 702-2908

Melanie A. Grossman (admitted pro hac vice)
Sandra C. McCallion (admitted pro hac vice)
Thomas E. Bezanson (admitted pro hac vice)
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

In light of this substitution, attorney Jason Levin, former counsel for LG, moves to withdraw his appearance and to be removed from the Court's ECF notification system in the above-captioned cause.

Dated:  October 26, 2011            STEPTOE & JOHNSON LLP

              By s/ Jason Levin
                Jason Levin (SBN 161807)
                *jlevin@steptoe.com*
                633 W. Fifth Street, Suite 700
                Los Angeles, California  90071
                Telephone:  (213) 439-9400
                Facsimile:  (213) 439-9599

              By s/ Gino D. Serpe
                Gino D. Serpe (SBN 160238)
                THE LAW OFFICES OF GINO D. SERPE
                gino@serpelawfirm.com
                The Koll Center
                501 West Broadway, Suite 800
                San Diego, CA 92101
                Telephone: (619) 702-2907
                Facsimile: (619) 702-2908

              Attorneys for Defendant
              LG Electronics Mobilecomm U.S.A., Inc.

**CERTIFICATE OF SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies Procedures Manual, I hereby certify that the content of this document is acceptable to Gino D. Serpe, counsel for defendant LG, and that I have obtained Mr. Serpe's permission to affix his electronic signature to this document.

Dated:  October 26, 2011      STEPTOE & JOHNSON LLP

By s/ Jason Levin
Jason Levin, CA Bar No. 161807
*jlevin@steptoe.com*
633 W. Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599

Attorneys for Defendant
LG Electronics Mobilecomm U.S.A., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the document entitled "**NOTICE OF SUBSTITUTION AND MOTION FOR WITHDRAWAL OF ATTORNEY JASON LEVIN**" using the CM/ECF system, which will send notification of such filing to the email addresses of counsel who have registered on Pacer.

Dated:  October 26, 2011         STEPTOE & JOHNSON LLP

By s/ Jason Levin
Jason Levin, CA Bar No. 161807
*jlevin@steptoe.com*
633 W. Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599

Attorneys for Defendant
LG Electronics Mobilecomm U.S.A., Inc.