1  Gino D. Serpe (SBN 160238)
   THE LAW OFFICES OF GINO D. SERPE
2  gino@serpelawfirm.com
   The Koll Center
3  501 West Broadway, Suite 800
   San Diego, CA 92101
4  Telephone: (619) 702-2907
   Facsimile: (619) 702-2908
5

6  COHEN & GRESSER LLP
   SANDRA C. McCALLION
7  smccallion@cohengresser.com
   THOMAS E. BEZANSON
8  tbezanson@cohengresser.com
   SEUNG C. SOHN
9  scsohn@cohengresser.com
   (*pro hac vice* application
10 to be submitted)
   MELANIE A. GROSSMAN
11 mgrossman@cohengresser.com
   800 Third Avenue, 21st Floor
12 New York, New York 10022
   Telephone: (212) 957-7600
13 Facsimile: (212) 957-4514

14 *Attorneys for Defendant*

15

16              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  TERRY HORVATH, individually and on behalf of all others similarly situated; | Case No. 3:11-CV-01576-H-(MLH) (RBB) |
| 19              Plaintiff, | **DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |
| 20        vs. | |
| 21  LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation; | Judge: Hon. Marilyn L. Huff |
| 22 | Courtroom: 13 |
| 23              Defendant. | Date: December 12, 2011 |
| 24 | Time: 10:30 a.m. |

25

26

27

28

# NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU") hereby moves under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Class Action Complaint filed by Plaintiff Terry Horvath ("Horvath").

The motion is made on the ground that the Complaint herein fails to state any claim upon which relief can be granted.

The first cause of action for breach of express warranty fails because the Complaint does not allege (1) that the G2X phone suffers from a defect in materials and workmanship under the express terms of the warranty; (2) that Horvath relied on the express warranty; or (3) that LGEMU failed to perform its obligations under the terms of the warranty.

The second cause of action for breach of implied warranty fails because (1) Horvath is not in privity with LGEMU and (2) Horvath has not alleged that the G2X phone is unfit for the purpose for which it was intended.

The third cause of action for breach of the Song-Beverly Consumer Warranty Act fails because the Complaint fails to state a claim for breach of express or implied warranty under California law and because Horvath does not plead that he purchased his G2X phone in California.

The fourth cause of action for breach of the Magnuson-Moss Warranty Act fails because the Complaint fails to state a claim for breach of express or implied warranty

The fifth cause of action under California Unfair Competition Law fails because plaintiff has not adequately alleged standing to sue or that LGEMU is liable under any prong of the UCL.

Horvath's sixth cause of action based on the common law theories of quasi-contract and assumpsit fails because his principle warranty claims are based on express binding agreements.

LGEMU's motion is based upon this Motion, the supporting Memorandum of Points and Authorities, the accompanying Declaration of Melanie A. Grossman and the exhibits thereto, and

1  the accompanying Request for Judicial Notice and the exhibits thereto, all filed herewith, and such
2  other matters from the records and files in this action as may come before the Court at the hearing
3  hereof.

Dated: October 28, 2011

By: s/ Sandra C. MCCallion
Sandra C. McCallion
smccallion@cohengresser.com
Thomas E. Bezanson
tbezanson@cohengresser.com
Seung C. Sohn
scsohn@cohengresser.com
(*pro hac vice* application
to be submitted)
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

By: s/Gino D. Serpe
Gino D. Serpe (SBN No. 160238)
THE LAW OFFICES OF GINO D. SERPE
gino@serpelawfirm.com
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 702-2907
Facsimile: (619) 702-2908

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*