# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH,<br><br>                          Plaintiff,<br>  vs.<br>LG ELECTRONICS MOBILCOMM U.S.A., INC.,<br><br>                        Defendant. | CASE NO. 3:11-CV-01576-H-RBB<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |

On October 26, 2011, Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LG") filed a motion to substitute Gino D. Serpe, Melanie A. Grossman, Sandra C. McCallion, and Thomas E. Bezanson as their counsel of record in place of Jason Levine. (Doc. No. 19.) The Court, for good cause shown, GRANTS the motion. Gino D. Serpe, Melanie A. Grossman, Sandra C. McCallion, and Thomas E. Bezanson are substituted in as Defendant's counsel of record in place and stead of Jason Levine.

**IT IS SO ORDERED.**

DATED: November 1, 2011

                                                    _____
                                                    MARILYN L. HUFF, District Judge
                                                    UNITED STATES DISTRICT COURT