DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
bill@doylelowther.com
JOHN A. LOWTHER (207000)
john@doylelowther.com
JAMES R. HAIL (202439)
jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel:  858.935.9960
Fax:  858.939.1939

[*additional counsel on signature page*]

Attorneys for Plaintiffs and the proposed class

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated; | Case No. 3:11-cv-01576-H |
| | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| Plaintiffs, | |
| v. | |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; | |
| Defendant. | DEMAND FOR JURY TRIAL |

Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson and Fred Montgomery, individually and on behalf of all others similarly situated, by their undersigned counsel, allege the following upon personal knowledge as to their own acts as specifically identified below and upon information and belief as to all other matters, which allegations are likely to have evidentiary support after the opportunity for further investigation and discovery.

## NATURE OF THE ACTION

1.     Plaintiffs bring this action against defendant LG Electronics MobileComm U.S.A., Inc. ("LG" or "Defendant") on behalf of those persons in the United States, or California and such other states as the Court may find appropriate, who purchased an LG-P999 G2x mobile phone.

2.     An inherent design and/or manufacturing defect in the LG-P999 G2x causes the phones to randomly freeze, crash, reset or power-off completely, rendering the phones inoperable and unfit for their intended use and purpose.

3.     The LG-P999 G2x phones further suffer from an inherent design and/or manufacturing defect causing its screen to "bleed," or leak backlight from the edges of the phone's screen.

4.     After Defendant released the LG-P999 G2x phones, consumers began to contact Defendant and its authorized agents and resellers to complain about the defects and have posted complaints about the power-off defect and screen-bleed defects on Internet websites, including on LG's own website.

5.     Plaintiffs repeatedly attempted to have their defective phones repaired or replaced pursuant to Defendant's warranties prior to the initiation of this action, and have made demands on LG for an appropriate correction on behalf of themselves and all class members prior to initiating this action. Plaintiffs' collectively made at least *ten* repair attempts, gave pre-lawsuit written notice of the defects to Defendant, and provided Defendant the opportunity to cure the defects for Plaintiffs and all other similarly affected consumers—to no avail.

6.    Instead, Defendant and its authorized agents and resellers have provided class members with replacement phones suffering from the very same defects. This inadequate response has only perpetuated an endless cycle of futility and extreme frustration for Plaintiffs and Class members.

7.    To date, Defendant and its authorized agents and resellers have been unable or unwilling to repair the defects or offer Plaintiffs and class members a non-defective LG-P999 G2x phone or reimbursement for the cost of such phone and the consequential damages arising from the purchase and use of such phones.

8.    Defendant knew or should have known of the defects prior to selling or placing the LG-P999 G2x phones into the stream of commerce. Despite having direct knowledge of the defects shortly after introducing the phones into the market, Defendant and its authorized agents and resellers continued to sell and distribute the defective phones to Plaintiffs and class members without warning or disclosure of the defects.

9.    Plaintiffs and Class members suffered injury in fact and a loss of money or property as a result of Defendant's conduct in designing, manufacturing, and selling defective mobile phones. LG has failed to remedy this harm despite Plaintiffs' demand, and has earned and continues to earn substantial profits from selling numerous defective phones.

**THE PARTIES**

10.    On personal knowledge, Plaintiff Terry Horvath is an individual and is a citizen of the State of California. On or about April 21, 2011, Plaintiff Horvath purchased an LG-P999 G2x for $250.00 from Defendant or those acting as its authorized agents and resellers and has experienced both of the defects alleged in this complaint. He was unaware of the defects described herein prior to his purchase of this phone. Had Defendant disclosed such material facts Plaintiff Horvath would not have purchased this phone or paid the prices that he did. Plaintiff has made numerous attempts to resolve the issues as described in detail below prior to the initiation of this action, including a written demand made on his behalf on or about June 30, 2011, all of which have failed to remedy the defects he has consistently experienced.

11.     On personal knowledge, Plaintiff Jeremy Forsythe is an individual and a citizen of the State of Florida. On or about May 21, 2011, Plaintiff Forsythe purchased an LG-P999 G2x for $250.00 from Defendant or those acting as its authorized agents and resellers and has experienced both of the defects alleged in this complaint. He was unaware of the defects described herein prior to his purchase of this phone. Had Defendant disclosed such material facts Plaintiff Forsythe would not have purchased this phone or paid the prices that he did. Plaintiff has made numerous attempts to resolve the issues as described in detail below prior to the initiation of this action, including a written demand made on his behalf or about June 30, 2011, all of which have failed to remedy the defects he has consistently experienced.

12.     On personal knowledge, Plaintiff Ronald Johnson is an individual and a citizen of the State of Texas. On or about April 19, 2011, Plaintiff Johnson purchased an LG-P999 G2x for $250.00 from Defendant or those acting as its authorized agents and resellers and has experienced both of the defects alleged in this complaint. He was unaware of the defects described herein prior to his purchase of this phone. Had Defendant disclosed such material facts he would not have purchased this phone or paid the prices that he did. Plaintiff has made numerous attempts to resolve the issues as described in detail below prior to the initiation of this action, all of which have failed to remedy the defects he has consistently experienced.

13.     On personal knowledge, Plaintiff Fred Montgomery is an individual and a citizen of the State of Oregon. On or about April 19, 2011, Plaintiff Montgomery purchased an LG-P999 G2x for approximately $317.00 from Defendant or those acting as its authorized agents and resellers and has experienced both of the defects alleged in this complaint. He was unaware of the defects described herein prior to his purchase of this phone. Had Defendant disclosed such material facts he would not have purchased this phone or paid the prices that he did. Plaintiff has made numerous attempts to resolve the issues as described in detail below prior to the initiation of this action, all of which have failed to remedy the defects he has consistently experienced.

14.     Defendant, LG Electronics MobileComm U.S.A., Inc. is a corporation that is incorporated under the laws of the State of California. Defendant has its principal place of business at 10101 Old Grove Rd., San Diego, California. This office is where its primary corporate offices and headquarters are located, as well as where its primary officers and directors are located. Defendant's actions at issue in this complaint, including the manufacturing and distribution of defective LG-P999 G2x phones, the issuance of uniform warranties, and the decision not to repair such phones, replace them with non-defective phones or provide any compensation, also took place here or emanated from this location. At all relevant times, Defendant was engaged in the business of designing, manufacturing, distributing and/or selling consumer electronic products, including its LG-P999 G2x mobile phones, from this location and sold these phones from this location both in California and throughout the United States.

15.     Whenever this complaint refers to any act of Defendant, the reference shall mean (1) the act of the directors, officers, employees, affiliates, or agents of Defendant who authorized such act while actively engaged in the management, direction or control of the affairs of Defendant, or at the direction of Defendant, and/or (2) any persons who are the parents or alter egos of Defendant, while acting within the scope of their agency, affiliation, or employment, and/or (3) any persons who were acting as authorized agents and resellers for Defendant of the phones in question.

## JURISDICTION AND VENUE

16.     The Court has jurisdiction over the lawsuit under 28 U.S.C. § 1332(d), the Class Action Fairness Act, because this suit is a class action, the parties are minimally diverse, and the amount in controversy exceeds $5 million, excluding interest and costs. This Court also has federal question jurisdiction as this Complaint alleges violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310, *et seq*., and the amount in controversy exceeds $50,000.

17.     The Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiffs' state law claims because Plaintiffs' claims are so related to the claims within the Court's

original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

18.     Venue is proper in this district under 28 U.S.C. § 1391(a)(1) and (2) because Defendant LG resides in this district in that it maintains its principal place of business in this district through its corporate headquarters in San Diego, California, and all or a substantial part of the events or omissions giving rise to this claim occurred in this district.

### FACTUAL ALLEGATIONS

19.     Since April 2011, Defendant has marketed, distributed, and warranted the LG-P999 G2x mobile phones both in California and throughout the United States.

20.     The LG-P999 G2x mobile phones have defects that are inherent within the phone itself and/or the result of design or manufacturing flaws, and manifest during the warranty period and the useful life of such phones. One defect causes the phones to reset and power-off randomly, rendering the phones inoperable.

21.     The LG-P999 G2x mobile phone also suffers from a defect resulting in screen "bleed." Screen-bleed refers to the LCD backlight leaking light from the corners of the phone's screen, making the phone difficult to see under certain conditions, as set forth in detail below.

**A.     The LG-P999 G2x Mobile Phone**

22.     Defendant is a business unit within global electronics company LG Electronics. Defendant produces many electronic devices, including laptops, tablets, televisions and mobile phones.

23.     On or about April 15, 2011, Defendant began distributing and selling in the United States a line of cellular phones called the LG-P999 or G2x.

24.     The LG-P999 G2x is a smartphone, which is a cellular phone that runs on an operating system similar to that of a computer, and can run external applications.

25.     The LG-P999 G2x features include a 4-inch display, a 1 GHz NVIDIA Tegra 2 Dual Core Processor, a 1.3 megapixel front-facing camera, 8 megapixel auto-focus camera, and the ability to display HD video.

26.     Soon after the LG-P999 G2x phones were released, consumers began to lodge complaints about their experiences with both the power-off defect and screen-bleed defect. Defendant continued to market and sell these phones without curing the defects or disclosing their existence to consumers.

**B.     The Power-Off Defect in the LG-P999 G2x Phones**

27.     Soon after the April 2011 release of the LG-P999 G2x mobile phones, consumers began complaining to LG of a shutdown, or powering-off, defect.

28.     The power-off defect randomly occurs when the LG-P999 G2x device is in standby mode, as well as when the device is used for phone calls.

29.     The defect's presence is material because the power-off defect causes the phone to reset and turn off, causing consumers to miss phone calls, messages, e-mails, alerts and alarms.

30.     To operate their phones after the power-off defect renders the device inoperable, a consumer typically must remove the battery from the LG-P999 G2x device, reinsert it, and power the phone back on. Simply pressing the power button is often futile because the phone fails to power on without first removing and reinserting the battery.

31.     The power-off defect randomly occurs, and repeatedly causes the phone to reset and/or power off several times per day. Thus, once the phone is powered back on, it is again susceptible to powering itself down and losing saved data.

32.     Although numerous consumers reported the power-off defect to Defendant and their authorized resellers, neither Defendant nor any authorized reseller notified Plaintiffs, purchasers or potential consumers about this defect.

33.     The defect is material because neither Plaintiffs nor any reasonable consumer would have purchased a defective LG-P999 G2x phone had they been aware of the power-off defect, and such phones would not pass without objection in the trade or industry.

**C.      The Screen-Bleed Defect in the LG-P999 G2x Phones**

34.      Soon after the April 2011 release of the LG-P999 G2x mobile phones, consumers began complaining to LG about a screen-bleed defect.

35.      The screen-bleed defect refers to the LCD backlight leaking light from the screen's corners. This defect is particularly present when the display is dark or black.

36.      The screen-bleed defect causes screen images to produce an unacceptably low quality display and detrimentally affects consumers' viewing experience, especially when watching videos or playing games as intended and promoted on these phones.

| **Screen-Bleed Samples** ||
|---|---|
|  **At 100% Brightness** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-backlight-bleeding-ive-checked-10-so-far-waiting-for-the-next-shipment?page=2 |  http://www.geardiary.com/2011/06/22/my-heart-bleeds-as-much-as-the-screen-on-my-lg-g2x-warranty-phone-1-is-on-the-way/ |
|  http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-backlight-bleeding-ive-checked-10-so-far-waiting-for-the-next-shipment?page=2 |  **MyTouch 4G on left, G2X on right** http://forum.xda-developers.com/showthread.php?t=1042703 |

FIRST AMENDED CLASS ACTION COMPLAINT          No. 3:11-cv-01576-H

37.     Although many consumers have reported the screen-bleed defect to Defendant and its authorized resellers, neither Defendant nor any authorized resellers notified purchasers or potential consumers about the screen-bleed defect. The defect is material because neither Plaintiffs nor any reasonable consumers would have purchased the defective LG-P999 G2x phones had they been aware of the screen-bleed defect.

**D.     LG Acknowledges Defects in its LG-P999 G2x Phones**

38.     Consumers have posted hundreds of complaints about the LG-P999 G2x power-off and screen-bleed defects on dozens of online support and technology forums, including on LG's own website. Examples of these complaints are set forth below. As evidenced by these comments, LG admitted it was aware of this defect in May 2011, yet failed to stop selling these phones and failed to provide a fix to resolve the defects.

| LG P999 / G2X |
|---|
| **LG Employee Comments** |

| **Consumer Comment by KoldKore, May 09, 2011:** | **Consumer Comment by Kamikaze, July 20, 2011:** |
|---|---|
| "They could care less about all these phone issues. It's been almost a month and no official response to their poor quality control. I was* planning to get the G2x later on because I assumed they would fix the screens. But I guess I was wrong. I went to a T-Mobile store today thinking maybe I'll get one without a bleeding screen. Sure enough.. NOPE. Just as bad as my previous. LG are amateurs.<br><br>Man up to the messed up G2x phones. Intel did it with Sandy Bridge right away and I have respect for that and they have a customer who will continue to choose them."<br><br>*LG Moderator* **Response by SmartPhoneGeek on May 13, 2011 (Comment "accepted as the answer" by LG):** | "Phone powers off during recharge and requires battery removal<br><br>Hello All,<br><br>Besides all the discontentment and jokes, this is another legitimate issue. After all, I still want to help to fix the phones issues and/or make it better. So it is about bed time and phone battery status is about 30%. Before going to sleep, I leave the phone charging. When I wake up the phone is completely off. I try to wake it up, pressing the power button once, nothing happens. I try to hold the power button to turn it on, nothing. The phone only comes back when I pull the battery off, wait for those 1 – 3 minutes, and then put it back in. The phone comes back showing the battery full but still off but then I can normally turn it on. I have noticed this several times before, but I have not reported it. Why does the phone turn off during the night while it is recharging? Can |

FIRST AMENDED CLASS ACTION COMPLAINT     No. 3:11-cv-01576-H

"I know some of you feel that "LG Doesn't Care", but I want everyone to know that *an entire team within LG is fighting for you guys trying our best to get the information and results that you want. All of the issues brought up in this forum are reviewed and discussed within LG on a weekly basis* and are taken very seriously. I know answers don't come nearly as fast as you want them to, but at least know that people are working on them, we don't forget about you, we do care, and there is progress being made.

Even though you may hate on us at times out of frustration, the LGForum team still loves you and we are fighting for you!"

**LG Moderator** Response by SmartPhoneGreek on May 9, 2011:

"Although we don't have any news on the lcd, *the two major issues wifi and reboot will be fixed very soon* when Gingerbread is released. We don't have an official date to give out yet for this update, but let's just say it SHOULD be weeks rather than months ;) Hope this good news makes you feel better about your purchase.

EDIT: The bug fixes might actually come out before gingerbread rather than with it to speed up the fix."

**Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/lg-doesnt-care

**LG Moderator** Comment by LG Product Pro, July 7, 2011:
"I don't know what would be going on with the repairs through Tmo other than they might be holding off waiting for the update... *I know that LG is planning to Re-*

we get this fixed?

Thanks,"

**LG Moderator Response by LG Product Pro, July 20, 2011:**

"How often has this happened? The only reason I can think of is a Thermal problem like the phone over heating and then shutting off to protect itself... If your in a position to try it, I'd put it on the charger during the day and watch it to see if it OverHeats. *I'll add this to list (Rather Long at this Point) of Trouble Tickets.*"

**Consumer Reply by maverick, July 20, 2011:**

"That has happened to me quite a few times and as recently as last week. I almost missed work as the alarm did not go off and when I picked up the phone it see why, it was turned-off and I had to remove the battery to turn it back on."

**Consumer Reply by Kamikaze, July 20, 2011:**

"Exactly!

Besides missing calls and all other forms of communications (emails, sms, etc), we also miss the time, the alarm comes here again...

Thanks,

PS: Oh I am sorry, I forgot to mention which phone this about: T-Mobile G2x / Optmius 2X / LG-P999. Sometimes I forget this forum is not only about it."

**Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/phones-powers-off-during-recharge-and-requires-battery-removal#_jmp0

FIRST AMENDED CLASS ACTION COMPLAINT     No. 3:11-cv-01576-H

| | |
|---|---|
| *Launch the G2x as soon as it is updated.* I'll check with the T-Mobile team to see if they can shed any light on this." | |

## CONSUMER COMPLAINTS ABOUT THE SHUT DOWN DEFECT

| | |
|---|---|
| **Complaint by primtimehero, November 4, 2011:** "Re: G2X – Current Performance Issues: I have been having a ton of issues as of late with my G2X. When I first got the update, the phone ran great. It was flying from screen to screen. Now, it has slowed down quite a bit. It will lock up randomly. It will turn off randomly. It will send and receive texts 4-5 times randomly. I have had to pull my battery more in the last two weeks than I have in the last 10 years of having a cell phone. Do I have too many apps installed? I don't think so. I've deleted a ton and it still runs slow. After reading this thread and seeing all of the other issues with the phone, what is the best course of action for me? Should I hold of for the new OS? Should I complain and see if I can get that HTC Sensation that a few people have managed to get (if so, what is the best way to get that offer?)? I just need some help. If you can help, please do." | **Complaint by Pecata, July 26, 2011:** "The update doesn't fix any of the issues the phone has. What the hell have you guys been doing down there? All that wait was for this? This is beyond disappointing! Never buying another LG product again! Customer support is non existent!<br><br>Thank you for nothing LG!"<br><br>**Complaint by BrandonJD, July 26, 2011:** "I am having the same issue, although the Gingerbread update seemed to make my reboot/freeze/shutdown/overheat issues less frequent, they still happen."<br><br>**Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/the-released-gingerbread-update-doesnt-resolve-the-rebooting-or-sllep-of-death-issues-what-the-hell-lg#_jmp0_ |
| **Complaint by cubbie62, November 3, 2011:** "Re: G2X – Current Performance Issues: My phone was replaced with the Sensation again. I was appreciative--anything but another G2X"<br><br>**Link:** http://support.t-mobile.com/thread/1307?start=75&tstart=0 | |
| **Complaint by corlanthaman, May 4, 2011:**<br>"My lg g2x picks on its own when it turns off, and I have heard of others having this problem as well. Can anyone please tell me how this can be fixed, or when an update will come out to prevent this issue.<br><br>thanks :)"<br><br>**Moderator Response by *LG Product Pro*, May 5, 2011:** *"There is an update coming out 'Soon' that should help with the rebooting issue....* I don't have an eta for the release but I'll keep everyone updated as | **Complaint by carlos, on or about April, 2011:** "Just bought my G2X a week ago, and a couple of days later experienced the random reboot. I brushed it off as it booted up again and seemed to work fine. Experienced flawless performance with it until this morning. Last night the battery drained all the way down, so I plugged it in to charge overnight. I wake up this morning and now I can't even turn the phone on! I tried charging via USB, no difference. Pretty frustrating."<br><br>**Complaint by J3SSY-JAMEZ, on or about April, 2011:** "Im on my second one-- (LCD bleeding--random reboots-OVER |

| | |
|---|---|
| soon as I have news." <br><br> **Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-turns-off-automatically-dot-dot-dot-help?page=2 | HEATING almost everything that can go wrong on both phones...gonna try and get my hands on a third one---but not from a retail store--I want it from Lg themselves So I might have to wait for the buyers remorse period to end..to kick in the warranty..IF THE THIRD ONE IS DEFECTIVE---I WILL WANT MY MONEY BACK I DONT GIVE A DAMN.--THIS IS SAD." <br><br> **Link:** http://androidcommunity.com/lg-g2x-users-reporting-rebooting-issues-20110423/ |
| **Complaint by Kamikaze, June 3, 2011:** "As you touch the freezing, yes, very early a few days after I got it and 1 or 2 times after that I had that: it might be during the night or when recharging, the screen was blank and nothing would change that, not even plugging the power supply. So yes, I had to pull out the battery, wait for a while and the put it back…." <br><br> **Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-random-reboot | **Complaint on T-Mobile Forum, April 24, 2011:** "I had a freeze up this morning. The phone was just lying on it's back idle and in lock mode (screen off). I went to wake it up by momentarily pressing the power button and nothing happend. Then after about 5 seconds the locked home screen displayed for a couple of seconds. I went to swipe the unlock and no response, then the screen went black again. About 10-15 seonds later the dsiplay lit up again and showed the lock screen with the lock swipe over halfway across the screen (like it had started to unlock the device). The display just stayed on and there was no response to any button press. Even long pressed the power button fro about 15 seconds and still nothing. I had to pull the batttery and long press the power button after reinstering it." <br><br> **Link:** http://forums.t-mobile.com/t5/T-Mobile-G2x/Reboots-and-Freezes/td-p/824639/page/3 *(T-Mobile has subsequently deleted the old forum posts concerning the G2X consumer complaints)* |
| **Complaint by JayP, June 19, 2011:** "After 5 replacement LG P999/Tmobile G2X devices, I am COMPLETELY fed up. LG refuses to acknowledge that a problem even exists with this model. I purchased this phone 4/20/2011,…" <br><br> **Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/lg-g2x-lawsuit | **Complaint by ExG2xowner, on or about July 11, 2011:** "I've only had this phone for ONE WEEK, and it is the worst phone ever!! It freezes and then reboots on its own. That isn't the biggest problem the phone has terrible connection/data issues even when i have all four bars and on a 4g connection it will all of a sudden stop working to where i cant even call out…" <br><br> **Link:** http://androidcommunity.com/lg-g2x-users-reporting-rebooting-issues-20110423/ |
| | |

1

## CONSUMER COMPLAINTS ABOUT THE SCREEN BLEED DEFECT

**Complaint by abowmedia, April 26, 2011:**

"Hello LG,
I purchased a T-Mobile G2x on April 20th, 2011. This first device had backlight bleeding in all 4 corners which was visible when on a black background, such as the boot up screen. The upper left corner was so bad you could see a stripe of light going into the center of the screen. In addition to this, the phone rebooted itself (on its own) 3 times an hour the entire first day. So I returned it.

The 2nd unit had backlight bleed as well. This one was so bad that I could also see a brown "stain" across the bottom of the screen. I was almost going to sit on it, and just let it go; though I shouldn't have to, it's LG's QA issues that allowed this to happen. But I just couldn't. In addition to the screen bleed, the GPS couldn't lock my location unless I was on WIFI. The one time it did lock a location, it was over 3 miles away from me.

So I tried number 3. Number 3 didn't go very far. I booted up the phone, and I was greeted by the 4 spot lights in the corner again. This time it was so bad I could actually see the light itself through the edge of the phone, and the entire screen appeared to have a yellowish color to it. This was visible no matter what you were looking it. It was easy to tell after going through 2 others that this yellow was not common. So I returned this as well.

I returned to Tmobile with this 3rd phone, and did a full refund, which cost me $15. I then attempted to go to another store. The new store had only 1 in stock. We checked it before ringing it up, and guess what! The reps at the store could all see the same backlight issue I had been griping about on yet another NEW device.

So I tried another store that turned out to be an authorized reseller, and not a real

**Complaint by graffixnyc, May 9, 2011:**
"Re: g2x backlight bleeding. I've checked 10 so far, waiting for the next shipment: Any word yet LG? I have returned 3 times!! This last one I got is by far the best of the 3 but still has bleed in the top left and right corners. I paid full retail price too!! Are you going to fix this for me yourself?? because the one's that tmo have are almost all like this! I shouldnt have to settle for one that still has bleed just because it has less bleed than the other two I had!"

**Complaint by g00s3, May 9, 2011:** "I have this bleeding in all 4 corners of mine! What can I do about it. It's the second unit I have had and the other one was worse. Please help!!!"

**Link:**
http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-backlight-bleeding-ive-checked-10-so-far-waiting-for-the-next-shipment?page=4

**Complaint by Memnoch30, June 21, 2011:** "Mine not only has light leakage, but a brownish tint on the bottom and right side of the screen. It is still the phone with the least amount of issues that I've had so far (it's my 3rd G2x). I can't wait until this stuff is finally fixed so I can get a replacement I can feel proud about."

**Link:**
http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/new-lcd-vendor-for-the-next-batch-of-g2xs#_jmp0_

**Complaint by ickster, June 9, 2011:**
"Dear LG,

Seriously. I have seen many posts on the various forums from people on their fourth and fifth G2X's. This includes me. I'm on my fourth and it has the same wifi issues, rebooting and the worst screen bleed of the four."

store. They directed me back to the first store because the contract wasn't handled properly. Anyways, I went back to the first store and talked to the manager. She just happened to hear earlier in the day that this was becoming an increasingly common issue with the g2x. So she pulled out the 5 remaining she had in stock. These had just arrived on 04/24/11, so this wasn't the first shipment anymore. All 5 had backlight bleeds! One was so bad it looked like a giant X across the screen. She put all 5 of them in the mail for return, and gave me a number for the store and told me to call every day at 2pm, as that's the latest a shipment would come in. Upon arrival of a new shipment, she is going to go through every single phone with me until we find one that works. The ones that aren't, she's shipping back. So T-Mobile is doing their part.

So my question is, are these screen supposed to bleed? Is it a feature and not a bug? If it's a feature, its odd that every screen has bleeding in different spots, and some are yellow or brown when on white screens. This seems to be a huge QA issue on LG's end. You've now cost me $40+ above the original purchase price from shifting my account around, and returning these phones.

What would be nice is if someone could contact me and send out a phone that has actually been QA'd. I'm not asking for a free phone. I'm fine with paying the $199 price with my contract renewal. What I'm not willing to do is accept a phone that isn't built correctly in the interest of not being a "bother". My issue is, I really want this phone, so I'm not just going to back down.

I'm sure I'm going to go through 20 more before I find one that works right, but this really shouldn't be necessary. I have never dealt with anything like this before with any electronic device. I've received a bunk one here and there, but 10 in a row? Come on guys, get it together."

**Moderator Response by *LG Product Pro, April 28, 2011*:** "Please email a photo of

**Complaint by ickster, June 10, 2011:** "…i refuse TO GET ANYTHING OTHER THAN A FACTORY BOXED NEWLY MANUFACTURED ONE. After four defective G2X's ,THIS IS NOT AT ALL UNREASONABLE… This despite the fact that I have not had a problem free phone FOR ONE DAY. Again, at what point in time does this become LG's problem and not mine?"

**Complaint by brand.c, June 10, 2011:** "I was in the same boat as you guys. I went through 3 LG G2x, before just fully returning it. I have never seen a phone with issues like the G2x…."

**Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/is-lg-ever-going-to-really-address-the-g2x-issue-people-are-defecting#_jmp0_

**Complaint by Tim747, July 18, 2011:** "My replacement came today...number 3 for me. I must say the screen is worse than the one it is replacing. Dingy/dirty whites and more screen bleed. Absolutely ridiculous that these phones are still being pushed down the throats of those who paid good money for a phone touted as the best T-Mobile and LG offered at the time. . . Pitiful, just pitiful."

**Link:** http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-replacement-from-t-mobile-finally-working#_jmp0_

**Complaint by xgunthere, April 20, 2011:** "Looks like this is going to be a larger issue than I thought. Major Manufacturer defect it sounds like. Engadget mentioned it on test unit. Android 2.2 has a white notification bar so people don't and wont notice it, but boot screen, games, or video's with black it is noticeable and is NOT acceptable. Android 2.3 black notification bar you'd see it every time you look at phone. I just got my brand new G2x today, and noticed this in the first 10 seconds. I'll be getting it replaced asap. Sadly can't do in store replacement cuz ordered online, different systems. So I have to wait for

| | |
|---|---|
| the "Light Leakage" to webmaster@lgforum.com .... *PLease email two photos, one at 100% brightness and the other one at the default setting.... See below."*<br>**Link:**<br>http://www.lgforum.com/forum/boards/carriers/t-mobile/topics/g2x-backlight-bleeding-ive-checked-10-so-far-waiting-for-the-next-shipment | another to come in the mail."<br><br>**Complaint by EDemerzel, May 13, 2011:**<br>"I have given up for now on the g2x. I purchased mine from Wirefly and have gotten 4 replacements after the original one with build dates ranging from 4/5 to 4/24. All of them have had significant light bleed. Notice I'm not calling is screen bleed because I'm not talking about normal LCD bleed."<br><br>Link: http://forum.xda-developers.com/archive/index.php/t-1042703.html<br><br>**Complaint by katiepea, May 30, 2011:**<br>"I've had 3 g2x's, the issue was so bad on the first two my gf actually was the one that wanted to return them, and she's a novice user. Sorry but when we returned the phone the rep told us that he was aware it was an issue and let us pick a 3rd one of our liking before leaving the store. Glad we didn't get you as our rep…. Besides the bleeding there are also several other issues with this phone that I consider crippling."<br><br>**Link:** http://forum.xda-developers.com/archive/index.php/t-1098190.html |
| *Some spelling errors corrected to assist clarity. | |

## E.    LG Failed to Remedy the LG-P999 G2x Defects

39.    Although aware of the defect in its LG-P999 G2x phones either before or shortly after its release in April 2011, and as shown above admittedly by May 2011, Defendant failed to attempt to remedy the power-off defect or screen-bleed defect. Instead, Defendant continued to sell the defective phones and let consumers discover for themselves the phone was defective.

40.    Instead of remedying the defects, Defendant continued to sell defective LG-P999 G2x phones and failed to provide real solutions to all affected consumers. It is unacceptable and improper under the law to sell a product with a material defect, recognize it is defective, fail to have an available repair, then continue to sell the phone without advising consumers about the defect or offering to refund all monies paid for such phones.

41.     Worse, consumers who try to make warranty claims are provided an ineffective response since, as Plaintiffs experienced, consumers continue to receive defective LG-P999 G2x phones, even after having the phones replaced by Defendant or an authorized reseller.

**F.     Plaintiffs Made Numerous Attempts to Repair or Replace their Defective LG-P999 G2x Phones Prior to the Initiation of this Action**

42.     On personal knowledge, Plaintiff Terry Horvath purchased an LG-P999 G2x phone and has experienced the defects alleged in this complaint. On or about April 21, 2011 Plaintiff Horvath purchased an LG-P999 G2x phone at an authorized retailer, a T-Mobile store in Oceanside, California.

43.     Within a matter of days, Plaintiff Horvath's LG-P999-G2x phone experienced the power-off defect and screen-bleed defect. As a result, he repeatedly had to remove the battery from the LG-P999 G2x phone, reinsert it, and then repower the phone, to use the phone as intended.

44.     Plaintiff Horvath experienced the power-off defect and screen-bleed defect in his LG-P999 G2x phone within any and all applicable warranty periods.

45.     Four days after purchasing the phone, Plaintiff Horvath went back to the store where he purchased the phone to complain about the defects.

46.     On at least *four* different occasions, Plaintiff Horvath returned to the authorized retailer seeking to fix the defects in his LG-P999 G2x phone.

47.     On or about June 9, 2011, the authorized retailer provided Plaintiff Horvath with a replacement LG-P999 G2x phone. Plaintiff Horvath's replacement LG-P999 G2x experienced the same power-off defect and screen-bleed defect.

48.     When Plaintiff Horvath contacted LG about the defects, he was told that LG had no known issues with the phone and was not aware of the defects despite admission of said defects as shown above. Further, when Plaintiff Horvath inquired about a possible update for the phone to cure the defects, he was told LG was not responsible for such updates and that it did not have information on any such update.

49.   Plaintiff Horvath was told by LG that the only options under his LG warranty were to either: (1) send his phone to LG for a technician to analyze; or (2) to receive a refurbished (used) phone from LG as a replacement. It is not an appropriate or reasonable warranty response to replace a defective product with another similarly defective product.

50.   Based on LG's statements it was unaware of the defects and had no known cure for them—despite having information in its possession and admitting to the contrary—and based on Plaintiff Horvath's previous experience of already having received a replacement phone that suffered from the same defects, and after multiple unsuccessful attempts to resolve this issue, Plaintiff Horvath determined sending in his phone for yet another repair or receiving a refurbished replacement would be futile and would not cure the defects.

51.   At the time of purchase, Plaintiff Horvath was unaware of these defects, and as a result thereof and because of the facts alleged herein, Plaintiff Horvath has lost money or property and/or suffered injury in fact in a manner similar to other class members.

52.   Plaintiff Jeremy Forsythe purchased an LG-P999 G2x phone and has experienced the defects alleged in this complaint. Plaintiff Forsythe purchased an LG-P999 G2x on May 21, 2011 at an authorized retailer, a T-Mobile store in Brandon, Florida.

53.   Within a matter of days, Plaintiff Forsythe's LG-P999 G2x phone experienced the power-off defect and screen-bleed defect. As a result, he repeatedly had to remove the battery, re-insert the battery, and power it back on in order to use the phone. Plaintiff Forsythe experienced the power-off defect and screen-bleed defect in his LG-P999 G2x phone within any and all applicable warranty periods.

54.   On or about June 17, 2011, Plaintiff Forsythe contacted his phone carrier about the power-off defect, and received a replacement LG-P999 G2x phone.

55.   Plaintiff Forsythe continued to experience the same repeated power-off defect and screen-bleed defect with his replacement LG-P999 G2x.

56.   On or about July 14, 2011, Plaintiff Forsythe again contacted his phone carrier about the power-off defect, and received yet another replacement LG-P999 G2x phone. Plaintiff

Forsythe continued to experience the same power-off defect and screen-bleed defect with his second replacement LG-P999 G2x phone.

57.     Plaintiff Forsythe continued to experience the same power-off defect and screen-bleed defect with each of his replacement LG-P999 G2x phones. It is an inappropriate and unreasonable warranty response to replace a defective product with another similarly defective product.

58.     Plaintiff Forsythe installed what is known as the "gingerbread update," or an updated operating system, in one or more of his LG-P999 G2x phones. The software update failed to cure the defects described herein.

59.     At the time of purchase, Plaintiff Forsythe was unaware of these defects, and as a result thereof and because of the facts alleged herein, Plaintiff Forsythe has lost money or property and/or suffered injury in fact in a manner similar to other Class members.

60.     On personal knowledge, Plaintiff Ronald Johnson purchased an LG-P999 G2x phone and has experienced the defects alleged in this complaint. On or about April 19, 2011, Plaintiff Johnson purchased an LG-P999 G2x phone through an authorized retailer's online store. He received the LG-P999 G2x on or about April 23, 2011.

61.     Within a matter of days, his phone experienced the power-off defect and screen-bleed defect. As a result, he repeatedly had to remove the battery from the LG-P999 G2x phone, reinsert it, and power the phone back on, in order to use the phone.

62.     Plaintiff Johnson experienced the power-off defect and screen-bleed defect in his LG-P999 G2x phone within any and all applicable warranty periods.

63.     On at least *three* different occasions, Plaintiff Johnson contacted the authorized reseller where he bought the phone about the power-off and screen bleed defect.

64.     On or about August 18, 2011, Plaintiff Johnson received a replacement LG-P999 G2x phone. Within hours, Plaintiff Johnson's replacement phone experienced the same power-off defect and screen-bleed defect.

FIRST AMENDED CLASS ACTION COMPLAINT        No. 3:11-cv-01576-H

65.     On or about August 25, 2011, Plaintiff Johnson received yet another replacement LG-P999 G2x phone. Plaintiff Johnson continued to experience the same power-off defect and screen-bleed defect with his second replacement LG-P999 G2x phone.

66.     In or about May 2011, Plaintiff Johnson called LG to report the defects in his LG-P999 G2x phone. LG failed to assist Plaintiff Johnson, and instead directed him to his cell phone carrier to inquire about a repair for the defects. LG's response highlights the futility of LG's warranty response, because Plaintiff Johnson had **already** experienced defects with the carrier's replacement phones. It is an inappropriate and unreasonable warranty response to replace a defective product with another similarly defective product or disclaim responsibility as the manufacturer.

67.     Defendant represented it would do nothing further to resolve the defects with Plaintiff Johnson's phone.

68.     At the time of purchase, Plaintiff Johnson was unaware of these defects, and as a result thereof and of the facts detailed herein, Plaintiff Johnson has lost money or property and/or suffered injury in fact in a manner similar to other Class members.

69.     On personal knowledge, Plaintiff Fred Montgomery purchased an LG-P999 G2x phone and has experienced the defects alleged in this complaint. On or about April 19, 2011, Plaintiff Montgomery purchased an LG-P999 G2x phone through an online store. He received the LG-P999 G2x on or about April 22, 2011.

70.     Within a matter of days, his phone experienced the power-off defect and screen-bleed defect. As a result, he repeatedly had to remove the battery from the LG-P999 G2x phone, reinsert it, and power the phone back on, in order to use the phone.

71.     Plaintiff Montgomery experienced the power-off defect and screen-bleed defect in his LG-P999 G2x phone within any and all applicable warranty periods.

72.     On at least **three** different occasions, Plaintiff Montgomery contacted the authorized reseller where he bought the phone about the power-off and screen bleed defect.

73.     On or about May 2011, Plaintiff Montgomery received a replacement LG-P999 G2x phone. Plaintiff Montgomery's replacement phone experienced the same power-off defect and screen-bleed defect.

74.     Plaintiff Montgomery received at least two more replacement LG-P999 G2x phones. He continued to experience the same power-off defect and screen-bleed defect with his replacement LG-P999 G2x phones.

75.     Plaintiff Montgomery installed what is known as the "gingerbread update," or an updated operating system, in one or more of his LG-P999 G2x phones. The software update failed to cure the defects alleged herein.

76.     At the time of purchase, Plaintiff Montgomery was unaware of these defects, and as a result thereof and because of the facts alleged herein, Plaintiff Montgomery has lost money or property and/or suffered injury in fact in a manner similar to other Class members.

77.     Defendant failed to disclose prior to the time of the sale of the phone, either to Plaintiffs, the Class members, or to authorized retailers who sold these phones to consumers, that they were aware the phones manifested the defects set forth above and that they were inherent in such phones. Defendant, though it was in primary, if not exclusive, possession of such knowledge, failed to cure the defect or replace Plaintiffs' LG-P999 G2x mobile phones with non-defective phones or provide a full refund despite numerous demands.

78.     Defendant is aware its LG-P999 G2x mobile phones regularly freeze, crash, reset, or power-off, and suffer from screen-bleed, yet continues to market and sell the phones while continuing to withhold the existence of these material defects to potential consumers.

79.     Defendant is either unwilling or unable to remedy the harm Plaintiffs and consumers suffered by refunding, replacing or permanently repairing the LG-P999 G2x mobile phones.

80.     If Plaintiffs and Class members had known about the defects, they would not have purchased their LG-P999 G2x mobile phones at the prices that they did, if at all.

FIRST AMENDED CLASS ACTION COMPLAINT        No. 3:11-cv-01576-H

1

## CLASS ACTION ALLEGATIONS

2      81.    Plaintiffs bring this class action claim pursuant to Federal Rule of Civil Procedure

3 23. Rule 23's requirements are met with respect to the class defined below.

4      82.    Plaintiffs bring these claims on their own behalf, and on behalf of the following

5 class (the "Class"):

6
> All persons who, in California and such other states within the
7
> United States the Court determines to be appropriate, purchased
> one or more LG-P999 G2x mobile phones from LG and/or its
8
> authorized retailers. Excluded from the Class are the Defendants,
> their officers and directors at all relevant times, members of
9
> immediate families and their legal representatives, heirs,
> successors, or assigns and any entity in which the Defendants
10
> have or had a controlling interest.

11      83.    Plaintiffs reserve the right to amend or modify the Class definition in connection

12 with a motion for class certification or with the result of discovery. This class action is properly

13 brought as a class action for the reasons set forth herein.

14      84.    The Class is so numerous that joinder of the individual members of the proposed

15 Class is impracticable. The Class includes hundreds of thousands of persons geographically

16 dispersed throughout California and the United States. The precise number and identities of

17 Class members are unknown to Plaintiffs, but are known to Defendant and can be ascertained

18 through discovery, namely by using Defendant's records of sales, warranty records and other

19 information kept by Defendant.

20      85.    Plaintiffs do not anticipate any difficulties in this litigation's management as a

21 class action. The Class is ascertainable, and there is a well-defined community of interest in the

22 questions of law and/or fact, since the rights of each Class member were infringed or violated in

23 similar fashion based upon Defendant's misconduct. Notice can be provided through records

24 maintained by Defendant through a combination of mailed and electronic notice and

25 publication, the cost of which is properly imposed upon the Defendant.

26

27

28

86.    Questions of law or fact common to the Class exist as to Plaintiffs and Class members, and these common questions predominate over any questions affecting only individual members of the Class in that answering these questions will determine at one time Defendant's liability for the conduct alleged herein. Among the common questions of law and/or fact are the following:

       (a)    whether Defendant's LG-P999 G2x phones are defective;

       (b)    whether Defendant failed to disclose material facts about the defects in its LG-P999 G2x phones and when it became aware of such material facts;

       (c)    whether Defendant made any express warranties in its sale of the LG-P999 G2x phones;

       (d)    whether Defendant made any implied warranties in its sale of the LG-P999 G2x phones;

       (e)    whether Defendant breached any express or implied warranties relating to its sale of LG-P999 G2x phones;

       (f)    whether Defendant was unjustly enriched by selling defective LG-P999 G2x phones;

       (g)    the appropriate nature of class-wide equitable relief; and

       (h)    the appropriate measure of restitution and/or damages to award to Plaintiffs and the Class.

87.    Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiffs and the Class. Individual questions, if any, pale in comparison to the numerous common questions that predominate.

88.    The injuries sustained by Plaintiffs and Class members flow, in each instance, from a common nucleus of operative facts based on the Defendant's conduct as set forth in detail above.

89.    Plaintiffs' claims are typical of Class members' claims in that Plaintiffs were unaware at the time they purchased their mobile phone that the phone was defective,

experienced the defect, have been unable to have the defect cured prior to the initiation of this action, and would not have engaged in the transactions in question if Defendant had disclosed the true facts. Defendant's uniform omissions of material fact in connection with the marketing, distribution and sale of their LG phones apply equally to Plaintiffs and all Class members. Moreover, the defenses, if any, which will be asserted against Plaintiffs' claims will likely be typical of the defenses that will be asserted against the Class members' claims.

90.     Plaintiffs will fairly and adequately protect the interests of the Class members. Plaintiffs have no interests materially adverse to or that irreconcilably conflict with the interests of the Class members and have retained counsel with significant experience in the prosecution of class actions and complex litigation, including consumer litigation, and who will vigorously prosecute this action.

91.     A class action is superior to other available methods for the fair and efficient group-wide adjudication of this controversy, and individual joinder of all members of the Class is impracticable, if not impossible because the number of Class members scattered throughout the United States. Moreover, the cost to the court system of such individualized litigation would be substantial. Individualized litigation would likewise present the potential for inconsistent or contradictory judgments and would result in significant delay and expense to all parties and multiple courts hearing virtually identical lawsuits. By contrast, the conduct of this action as a class action presents fewer management difficulties, conserves the resources of the parties and the Court, protects the rights of each Class member and maximizes recovery to them.

92.     Defendant has acted on grounds generally applicable to the entire Class, thereby making final injunctive relief or corresponding declaratory relief appropriate with respect to the Class as a whole.

## COUNT I

### Breach of Express Warranty

93.     Plaintiffs incorporate all the above allegations by reference as if fully set forth herein.

94.     Plaintiffs assert this count individually and on behalf of the proposed Class.

95.     Defendant and its authorized agents and resellers sold LG-P999 G2x phones to Plaintiffs and Class members in the regular course of business. Such phones are goods.

96.     Defendant made promises and representations in an express warranty provided to all consumers, which became the basis of the bargain between Plaintiffs, Class members and Defendant. Defendant gave these express warranties to Plaintiffs and Class members through the issuance of its written warranty accompanying its LG-P999 G2x phones. *See* Exhibit A.

97.     Defendant expressly warranted to the general public, including Plaintiffs and Class members, these phones were effective, free from defects in materials and workmanship and fit for their intended use. The warranty included with Plaintiffs' and Class members' phones expressly represented that LG-P999 G2x phones were "free from defects in material and workmanship" for one year from purchase. Exhibit A.

98.     Defendant's LG-P999 G2x phones failed to comply with Defendant's express warranties because the phones suffer from inherent design and/or manufacturing defects, which causes the phones to freeze, shutdown, reset and power-off randomly and results in screen-bleed, rendering the phones unfit for their intended use and purpose.

99.     Plaintiffs, on behalf of themselves and the Class, provided Defendant with written notice of its breach of express warranties prior to the filing of this lawsuit. Defendant, however, was already on notice of the defects in the LG-P999 G2x phones from complaints and service requests it admittedly received from Plaintiffs and Class members, from repairs and/or replacements of the LG phones at issue, and through its own internal investigation.

FIRST AMENDED CLASS ACTION COMPLAINT        No. 3:11-cv-01576-H

100.   Plaintiffs, on behalf of themselves and the Class, provided Defendant with multiple opportunities to provide an adequate remedy, but Defendant declined to do so.

101.   Plaintiffs also made repeated attempts to return their defective LG-P999 G2x phones to Defendant's authorized agents and/or resellers during the warranty period, only to receive replacement phones suffering from the same defects. To date, Defendant's only response to the defects has perpetuated an endless cycle of futility for Plaintiffs and Class members, leaving them without any meaningful relief.

102.   Defendant breached its express warranties by failing to repair the phones, replace them with non-defective phones and/or refund Plaintiffs' and the Class's monies and consequential damages.

103.   Defendant's breach of its express warranty caused Plaintiffs to suffer injuries, including the inability to use their phones, as well as paying for defective products and entering into transactions they would not have entered into but for Defendant's acts.

104.   As a direct and proximate result of Defendant's breach of its express warranties, Plaintiffs and Class members have suffered damages and continue to suffer damages, including economic damages at the point of sale in terms of the difference between the value of the phones as promised and the value of the phones as delivered (which is essentially worthless). Additionally, Plaintiffs and Class members either have or will incur economic damages at the point of repair in the form of the cost of repair or replacement and costs of complying with continual contractual obligations.

105.   Plaintiffs and Class members are entitled to legal and equitable relief against Defendant, including damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

FIRST AMENDED CLASS ACTION COMPLAINT        No. 3:11-cv-01576-H

## COUNT II

### Breach of Implied Warranty

106.   Plaintiffs incorporate all the above allegations by reference as if fully set forth herein.

107.   Plaintiffs assert this count individually and on behalf of the proposed Class.

108.   Defendant and its authorized agents and resellers sold LG-P999 G2x phones to Plaintiffs and Class members in the regular course of business.

109.   Defendant impliedly warranted to members of the general public, including Plaintiffs and Class members, these phones were of merchantable quality, would pass without objection in the trade or business, and were free from material defects and reasonably fit for the use for which they were intended.

110.   Pursuant to agreements between Defendant and its authorized resellers, the stores Plaintiffs and Class members purchased their defective LG-P999 G2x phones from are authorized LG retailers. Plaintiffs and Class members are third-party beneficiaries of such contracts.

111.   Defendant breached its implied warranties by selling Plaintiffs and Class members defective LG-P999 G2x phones that have failed or are likely to fail during the useful life of the phones. The defects render the LG-P999 G2x phones unfit for their ordinary use and purpose. Defendant has refused to recall, repair or replace, free of charge, all LG-P999 G2x phones or any of their defective component parts or refund the price paid for such phones.

112.   Plaintiffs, on behalf of themselves and the Class, provided Defendant with written notice of its breach of implied warranties prior to the filing of this lawsuit. Defendant, however, already was on notice of the defects from complaints and service requests it admittedly received from Plaintiffs and Class members, from repairs and/or replacements of the LG phones at issue, and through its own internal investigations.

113.   Plaintiffs, on behalf of themselves and the Class, also provided Defendant with an opportunity to cure, which Defendant rejected.

114. The inherent design and/or manufacturing defects in the LG-P999 G2x phones existed when the phones left Defendant's and their authorized agents' and resellers' possession and renders the phones unfit for their intended use and purpose.

115. As a direct and proximate result of Defendant's breach of its implied warranties, Plaintiffs and Class members have suffered damages and continue to suffer damages, including economic damages at the point of sale in terms of the difference between the value of the phones as promised and the value of the phones as delivered. Additionally, Plaintiffs and Class members either have or will incur economic damages at the point of repair in the form of the cost of repair or replacement and costs of complying with continued contractual obligations.

116. Plaintiffs and Class members are entitled to legal and equitable relief against Defendant, including damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

## COUNT III

### Song-Beverly Warranty Act, California Civil Code §§ 1792, *et seq.*

117. Plaintiffs incorporate all the above allegations by reference as if fully set forth herein. This claim is asserted by Plaintiff Horvath on his behalf and on Class members' behalf.

118. Under the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792, *et seq.*, every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

119. Plaintiff Horvath and Class members located here each purchased one or more LG-P999 G2x mobile phones at retail in the state of California, which are "consumer goods" within the meaning of California Civil Code § 1791(a).

120. Defendant is in the business of manufacturing and selling LG-P999 G2x mobile phones to retail buyers, and therefore is a "manufacturer" and "seller" within the meaning of California Civil Code § 1791.

121. Defendant provided express warranties and also impliedly warranted to Plaintiff Horvath and Class members that the LG-P999 G2x phones were of merchantable quality, would

pass without objection in the trade or industry, and were fit for the ordinary purposes for which the phones are used.

122.   As described above, Defendant has breached both express and implied warranties because the LG-P999 G2x mobile phones sold to Plaintiff Horvath and Class members were not of the same quality as those generally acceptable in the trade and were not fit for the ordinary purposes for which such goods are used, in that the phones randomly reset and power-off, causing Plaintiff Horvath and Class members to lose time, data, and/or work product; and the phones suffer from screen-bleed, impairing the usability of the phones' screen. Plaintiff Horvath returned his phones on more than one occasion to Defendant's authorized reseller, who has been unable to repair or replace it with a non-defective phone, and admittedly is unable to do so, making it futile for Plaintiff Horvath and Class members to continue to do so.

123.   As a direct and proximate cause of LG's breach of the Song-Beverly Act, Plaintiff Horvath, Class members located in California, and members of the Class located outside California to whom the Song-Beverly Act applies based on LG's location within California, sustained damages and other losses in an amount to be determined at trial. LG's conduct has caused Plaintiff Horvath and Class members as described above to incur compensatory damages, consequential damages, statutory damages, diminution in value, costs, attorney's fees, and interest.

## COUNT IV

## Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*

124.   Plaintiffs incorporate all the above allegations by reference as if fully set forth herein.

125.   Plaintiffs assert this count individually and on behalf of the proposed Class.

126.   The LG-P999 G2x phones are "consumer products" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(1).

127.   Plaintiffs and Class members are "consumers" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(3).

128.   Defendant is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Act, 15 U.S.C. §§ 2301(4)-(5).

129.   Defendant issued Plaintiffs and Class members a "written warranty" within the meaning of the Magnuson-Moss Act, 15 U.S.C. § 2301(6).

130.   Defendant warranted to Plaintiffs and to Class members the LG-P999 G2x phones were free from defect, were of merchantable quality and fit for the ordinary purposes for which the phones are used.

131.   Defendant has breached and refused to honor its warranties. Defendant breached its warranties as the LG-P999 G2x phones suffered from the power-off defect and screen-bleed defect, and thus were not as expressly and impliedly warranted, and failed to perform as reasonably expected.

132.   The amount in controversy of Plaintiffs' and Class members' individual claims meets or exceeds the sum or value of $25. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interest and costs) computed on the basis of all claims to be determined in this suit.

133.   Defendant has been afforded a reasonable opportunity to cure its breach of warranty. Plaintiffs, on behalf of themselves and the Class, provided written notice of the defects to Defendant and demanded an appropriate remedy prior to filing this lawsuit. As alleged, Defendant had ample notice of the defects detailed above and experienced by both Plaintiffs and Class members, but has failed to remedy the situation.

134.   As a direct and proximate result of Defendant's conduct, Plaintiffs and the Class have suffered injury and damages in an amount to be determined at trial. Plaintiffs and the Class are entitled to recover damages, consequential damages, specific performance, diminution in value, rescission, and other relief as authorized by law.

**COUNT V**

**Violation of the California Unfair Competition Law**

135.  Plaintiffs incorporate all the above allegations by reference as if fully set forth herein.

136.  Defendant's business acts and practices complained of were centered in, carried out, effectuated and perfected within or had their effect in the State of California, or emanated from California throughout the United States, and injured all Class members.

137.  Beginning as early as April 2011, and continuing thereafter at least up through and including the date of filing of this Amended Complaint, Defendant committed acts of unfair competition, as defined by §§ 17200, *et seq.*, of the California Business and Professions Code, by engaging in the acts and practices specified above.

138.  This claim is instituted pursuant to §§ 17203 and 17204 of the California Business and Professions Code, to obtain equitable monetary and injunctive relief from Defendant for acts and practices, as alleged herein, that violated § 17200 of the California Business and Professions Code, commonly known as the Unfair Competition Law.

139.  Defendant's conduct as alleged herein violated § 17200. The acts, omissions, misrepresentations, practices and non-disclosures of Defendant constituted a common continuous course of conduct of unfair competition by means of the commission of unfair and unlawful or business acts or practices within the meaning of California Business and Professions Code, §§ 17200, *et seq.*

140.  Defendant engaged in "unlawful" business acts and practices by:

      (a)    violating the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*;

      (b)    violating the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792, *et seq*;

      (c)    breaching implied and express warranties; and

(d)      violating the Consumers Legal Remedies Act, California Civil Code §§ 1750, *et seq.*

141.    Defendant engaged in "unfair" business acts and practices by, among other things:

(a)      engaging in conduct where the utility of such conduct, if any, is outweighed by the gravity of the consequences to Plaintiffs and the Class considering the reasonably available alternatives, based on legislatively declared policies not to sell defective products in the market;

(b)      engaging in conduct that is immoral, unethical, oppressive, unscrupulous, or substantially injurious to Plaintiffs and the Class; and

(c)      engaging in unfair business practices by refusing to permanently repair or recall the LG-P999 G2x cellular phone.

142.    Specifically, Defendant engaged in "unfair" business acts and practices by selling the LG-P999 G2x phones knowing or being aware they contained defects that cause the phones to randomly freeze, crash, reset or power-off and suffer from screen-bleed, then only offering to replace them with similarly defective phones. Defendant also engaged in unfair business acts and practices by making express and implied warranties, which it refuses to honor.

143.    As such conduct is or may well be continuing and on-going, Plaintiffs and each of the Class members are entitled to injunctive relief to prohibit or correct such on-going acts of unfair competition, in addition to obtaining equitable monetary relief.

144.    Plaintiffs and Class members used Defendant's products and had business dealings with Defendant either directly or indirectly as described above. The acts and practices of Defendant have caused Plaintiffs and Class members to lose money or property by being overcharged for and paying for the defective phones at issue. Such loss was the result of the above acts of unfair competition and Defendant's misconduct in violation of the state and federal laws set forth above. Plaintiffs are therefore entitled to seek recovery of such amounts. Such injury occurred at the time such monies were paid. Plaintiffs have suffered injury in fact and lost money or property as a result of such acts and practices as set forth in detail above.

145.    Defendant has been unjustly benefitted as a result of its wrongful conduct and its acts of unfair competition. Plaintiffs and the Class members are accordingly entitled to equitable relief including restitution and/or restitutionary disgorgement of all revenues, earnings, profits, compensation, and benefits that may have been obtained by Defendant as a result of such business acts and practices, pursuant to the California Business and Professions Code §§ 17203 and 17204.

## COUNT VI

**Consumers Legal Remedies Act, California Civil Code §§ 1750 *et seq*.**

146.    Plaintiffs incorporate all the above allegations by reference as if fully set forth herein.

147.    Plaintiffs assert this count individually and on behalf of the proposed class under California Civil Code § 1781.

148.    The Consumers Legal Remedies Act ("CLRA") was enacted to protect consumers against unfair and deceptive business practices. The CLRA applies to Defendant's acts and practices because it covers transactions involving the sale of goods to consumers.

149.    The LG-P999 G2x phones are "goods" under California Civil Code § 1761(a).

150.    LG is a "person" under California Civil Code § 1761(c).

151.    Plaintiffs and Class members are "consumers" under California Civil Code § 1761(d).

152.    Plaintiffs and Class members engaged in "transactions" under California Civil Code § 1761(e), including the purchase of LG-P999 G2x phones and the presentation of LG-P999 G2x phones for repair or replacement of the power-off defect and screen-bleed defect.

153.    LG's unfair and deceptive business practices were intended and did result in the sale of the LG-P999 G2x phones, a defective consumer product.

154.    LG violated the CLRA by engaging in the following unfair and deceptive practices:

(a)    in violation of § 1770(a)(5), LG represented the LG-P999 G2x phones have characteristics, uses and benefits that they do not have;

(b)    in violation of § 1770(a)(7), LG represented the LG-P999 G2x phones are of a particular standard, quality or grade when they are not;

(c)    in violation of § 1770(a)(14), LG represented that the transaction conferred or involved rights, remedies, or obligations which it did not have or involve;

(d)    in violation of § 1770(a)(16), LG represented that the subject of the transaction has been supplied in accordance with a previous representation when it has not.

155.    Defendant's LG-P999 G2x phones failed to perform in accordance with their expected characteristics, uses, and benefits.

156.    Defendant had exclusive knowledge of material facts, *i.e.* the LG-P999 G2x phones were defective, unknown to Plaintiffs and Class members. If Plaintiffs and Class members had known of the power-off defect and screen-bleed defect in the LG-P999 G2x phones, they would not have purchased the phones at the prices they did.

157.    Defendant had a duty to disclose the power-off defect and screen-bleed defect in the LG-P999 G2x phones for various reasons, including:

(a)    LG had exclusive knowledge of material facts not known to Plaintiffs or the Class; and

(b)    LG actively concealed a material fact from Plaintiffs and the Class.

158.    Defendant engaged in unfair and deceptive practices by withholding the above material facts from Plaintiffs and the class.

159.    As a direct and proximate result of Defendant's conduct, Plaintiffs and Class members suffered injury and damage in an amount to be determined at trial. Plaintiffs and Class members are entitled to injunctive relief, restitution, court costs and attorney fees, and other relief the Court deems proper.

160.     Pursuant to California Civil Code § 1782, Plaintiffs' counsel is sending Defendant a CLRA demand letter via certified mail. If Defendant fails to provide the relief demanded, Plaintiffs will seek to amend this claim to include a demand for actual and punitive damages for violation of the CLRA.

### COUNT VII

### Common Counts - Assumpsit and Quasi-Contract

161.     Plaintiffs hereby incorporate all the above allegations by reference as if fully set forth herein.

162.     As Plaintiffs and the Class show just grounds for recovering money to pay for benefits Defendant received from them, they have a right to restitution at law through an action derived from the common-law writ of assumpsit by implying a contract at law, or a quasi-contract as an alternative to a claim for breach of contract.

163.     By virtue of the purchase and sale of the mobile phones, Defendant entered into a series of implied at law contracts that resulted in money being had and received by Defendant, either directly or indirectly, at the expense of Plaintiffs and Class members under agreements in assumpsit and quasi-contract. Plaintiffs and other Class members conferred a benefit upon Defendant by purchasing one of the defective phones. Defendant had knowledge of the general receipt of such benefits, which Defendant received, accepted and retained.

164.     Defendant, having received such benefits, is required to make restitution as the circumstances here are such that, as between the two, it is unjust for Defendant to retain such monies based on the illegal conduct described above. Such money or property belongs in good conscience to the Plaintiffs and the Class members and can be traced to funds or property in Defendant's possession. Plaintiffs and Class members have unjustly enriched Defendant through payments and the resulting profits enjoyed by Defendant as a direct result of such payments.

1  Plaintiffs' detriment and Defendant's enrichment were related to and flowed from the conduct

2  challenged in this Complaint.

3      165.   An entity who has been unjustly enriched at the expense of another is required to

4  make restitution to the other. Under common law principles recognized in claims of common

5  counts, assumpsit, and quasi-contract, as well as principles of unjust enrichment, under the

6  circumstances alleged herein it would be inequitable for Defendant to retain such benefits

7  without paying restitution or damages therefor. Defendant should not be permitted to retain the

8  benefits conferred via payments by Plaintiffs and Class members, and other remedies and claims

9  may not permit them to obtain such relief, leaving them without an adequate remedy at law.

10     166.   Plaintiffs and Class members seek damages and restitutionary disgorgement of all

11 profits resulting from such payments. In addition, pursuant to California Civil Code § 2224,

12 "[o]ne who gains a thing by fraud, accident, mistake, undue influence, the violation of a trust, or

13 other wrongful act, is, unless he or she has some other and better right thereto, an involuntary

14 trustee of the thing gained, for the benefit of the person who would otherwise have had it." Thus,

15 based on the facts and circumstances set forth above, in order to prevent unjust enrichment and

16 to prevent Defendant from taking advantage of its own wrongdoing, Plaintiffs and the Class are

17 further entitled to the establishment of a constructive trust of all monies charged and collected or

18 retained by Defendant from which Plaintiffs and Class members may seek restitution.

19                                    **PRAYER FOR RELIEF**

20     WHEREFORE, Plaintiffs and Class members pray for judgment against Defendant as

21 follows:

22     A.   declaring this action to be a proper class action pursuant to Federal Rule of Civil

23          Procedure 23;

24     B.   awarding Plaintiffs and Class members all proper measures of damage, including

25          interest to which they are entitled;

26     C.   awarding equitable, injunctive and/or declaratory relief as the Court may deem

27          just and proper, including restitution and restitutionary disgorgement;

28

---
35

D.      awarding Plaintiffs' reasonable costs and attorney's fees; and

E.      granting such further and other relief this Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of all others similarly situated, demand a trial by jury on all issues so triable.

DATED: November 17, 2011                  Respectfully Submitted,

                                          ___/s/ William J. Doyle II_____
                                          William J. Doyle II

                                          DOYLE LOWTHER LLP
                                          John Lowther
                                          James R. Hail
                                          10200 Willow Creek Road, Suite 150
                                          San Diego, CA 92131
                                          Tel:     858.935.9960
                                          Fax:     858.939.1939
                                          email:   bill@doylelowther.com
                                                   john@doylelowther.com
                                                   jim@doylelowther.com

                                          GLYNN LAW GROUP
                                          THOMAS E. GLYNN
                                          10200 Willow Creek Rd., Suite 170
                                          San Diego, CA 92131
                                          Tel:     (858) 271-1100
                                          Fax:     (858) 876-1530
                                          email:   tom@glynnlawgroup.com

                                          THE CONSUMER LAW GROUP
                                          ALAN M. MANSFIELD
                                          10200 Willow Creek Rd., Suite 160
                                          San Diego, CA 92131
                                          Tel:   (619) 308-5034
                                          Fax:   (888) 341-5048
                                          email:  alan@clgca.com

                                          *Attorneys for Plaintiffs and the proposed class*

FIRST AMENDED CLASS ACTION COMPLAINT          No. 3:11-cv-01576-H