# EXHIBIT A

# WARRANTY EXCERPT

# Limited Warranty Statement

## 1. WHAT THIS WARRANTY COVERS :

LG offers you a limited warranty that the enclosed subscriber unit and its enclosed accessories will be free from defects in material and workmanship, according to the following terms and conditions:

(1) The limited warranty for the product extends for TWELVE (12) MONTHS beginning on the date of purchase of the product with valid proof of purchase, or absent valid proof of purchase, FIFTEEN (15) MONTHS from date of manufacture as determined by the unit's manufacture date code.

(2) The limited warranty extends only to the original purchaser of the product and is not assignable or transferable to any subsequent purchaser/end user.

(3) This warranty is good only to the original purchaser of the product during the warranty period as long as it is in the U.S, including Alaska, Hawaii, U.S. Territories and Canada.

(4) The external housing and cosmetic parts shall be free of defects at the time of shipment and, therefore, shall not be covered under these limited warranty terms.

(5) Upon request from LG, the consumer must provide information to reasonably prove the date of purchase.

(6) The customer shall bear the cost of shipping the product to the Customer Service Department of LG. LG shall bear the cost of shipping the product back to the consumer after the completion of service under this limited warranty.