Gino D. Serpe (SBN No. 160238)
THE LAW OFFICES OF GINO D. SERPE
gino@serpelawfirm.com
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 702-2907
Facsimile: (619) 702-2908

COHEN & GRESSER LLP
SANDRA C. McCALLION
smccallion@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation;<br><br>Defendant. | Case No. 3:11-CV-01576-H (MLH) (RBB)<br><br>**JOINT MOTION TO EXTEND LGEMU'S TIME TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Hon. Marilyn L. Huff<br><br>Courtroom 13 |

|   | |
|---|---|
| 1 | Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery (together "Plaintiffs") and Defendant LG Electronics Mobilecomm U.S.A, Inc. ("LGEMU") jointly move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 12.1 for an order extending LGEMU's time to respond to the First Amended Class Action Complaint (the "First Amended Complaint") and setting a briefing schedule for LGEMU's motion to dismiss. |

Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery (together "Plaintiffs") and Defendant LG Electronics Mobilecomm U.S.A, Inc. ("LGEMU") jointly move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 12.1 for an order extending LGEMU's time to respond to the First Amended Class Action Complaint (the "First Amended Complaint") and setting a briefing schedule for LGEMU's motion to dismiss.

WHEREAS, a class action Complaint was filed by Plaintiff Terry Horvath on July 18, 2011, alleging claims against LGEMU for breach of express warranty, breach of implied warranty, and violation of the Song-Beverly Warranty Act, Cal. Civ. Code § 1792, *et seq.*, Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*, and California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq*;

WHEREAS, LGEMU moved to dismiss the Complaint on October 28, 2011.

WHEREAS, counsel for Plaintiff Terry Horvath filed the First Amended Complaint on November 17, 2011, naming Plaintiffs Jeremy Forsythe, Ronald Johnson, and Fred Montgomery as additional class representatives and adding a claim for relief under the Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq*;

WHEREAS, the current deadline for LGEMU to answer or otherwise respond to the First Amended Complaint is December 1, 2011;

WHEREAS, LGEMU intends to move to dismiss the First Amended Complaint and needs an extension of time to evaluate the claims brought by the additional plaintiffs in the First Amended Complaint;

WHEREAS, both parties wish to accommodate each other's end of the year holiday and vacation schedules;

WHEREAS, the parties have conferred and agree upon the following briefing schedule:

> LGEMU will have up to and including **December 21, 2011** to file its motion to dismiss the First Amended Complaint.
>
> Plaintiffs will have up to and including **January 23, 2012** to respond to LGEMU's motion to dismiss.

- 1 -

JOINT MOTION TO SET BRIEFING SCHEDULE        CASE NO. 3:11-CV-01576-H (MLH) (RBB)

LGEMU will have up to and including **February 6, 2012** to file a reply in support of its motion to dismiss.

WHEREAS, for good cause shown, the parties jointly request that the Court enter an order extending LGEMU's time to respond to the First Amended Complaint up to and including December 21, 2011, and approving the foregoing briefing schedule.

DATED: November 30, 2011

By: s/ John A. Lowther
    John A. Lowther (SBN No. 207000)
    DOYLE LOWTHER LLP
    john@doylelowther.com
    10200 Willow Creek Road, Suite 150
    San Diego, CA 92131
    Telephone: (858) 935-9960
    Facsimile: (858) 939-1939

    *Attorneys for Plaintiffs*

By: s/ Gino D. Serpe
    Gino D. Serpe (SBN No. 160238)
    THE LAW OFFICES OF GINO D. SERPE
    gino@serpelawfirm.com
    The Koll Center
    501 West Broadway, Suite 800
    San Diego, CA 92101
    Telephone: (619) 702-2907
    Facsimile: (619) 702-2908

By: s/ Sandra C. McCallion
    Sandra C. McCallion
    smccallion@cohengresser.com
    COHEN & GRESSER LLP
    800 Third Avenue
    New York, New York 10022
    Telephone: (212) 957-7600
    Facsimile: (212) 957-4514

    *Attorneys for Defendant*

## CERTIFICATE OF SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies Procedures Manual, I hereby certify that the content of this document is acceptable to John A. Lowther, counsel for Plaintiffs, and that I have obtained Mr. Lowther's permission to affix his electronic signature to this document.

Dated: November 30, 2011

By: s/ Melanie A. Grossman
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I caused the document entitled "JOINT MOTION TO EXTEND LGEMU'S TIME TO RESPOND TO THE FIRST AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE" to be filed using the CM/ECF system, which will send notification of such filing to the email addresses of counsel who have registered on Pacer.

Dated: November 30, 2011

By: s/ Melanie A. Grossman
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*