# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILCOMM U.S.A., INC., a California Corporation;<br><br>Defendant. | CASE NO. 3:11-CV-01576-H-RBB<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO DISMISS AS MOOT; AND**<br><br>**(2) VACATING THE HEARING**<br><br>[Doc. No. 20] |

On October 28, 2011, Defendant LG Electronics MobileComm U.S.A., Inc. ("LG") filed a motion to dismiss Plaintiffs' complaint. (Doc. No. 20). On November 17, 2011, Plaintiffs filed an amended complaint. (Doc. No. 23.) Accordingly, Defendant's motion to dismiss is DENIED as moot. Additionally, the Court vacates the hearing scheduled for December 12, 2011.

**IT IS SO ORDERED.**

DATED: November 30, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -    11cv1576