# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation;<br><br>Defendant. | CASE NO. 3:11-CV-01576-H-RBB<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; AND**<br><br>**(2) SCHEDULING ORDER**<br><br>[Doc. No. 25] |

On November 30, 2011, Defendant LG Electronics MobileComm U.S.A., Inc. ("LG") and Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery (collectively "Plaintiffs") filed a joint motion to extend Defendant's time to respond to Plaintiffs' first amended complaint. (Doc. No. 25.)

The Court, for good cause shown, GRANTS the joint motion to extend Defendant's time to respond to Plaintiffs' first amended complaint and sets the following briefing schedule:

(1) Defendant may file its motion to dismiss Plaintiffs' first amended complaint up to and including **December 21, 2011**.

(2) Plaintiffs may respond to Defendant's motion to dismiss up to and including

1 **January 23, 2012**.

2     (3) Defendant may file a reply in support of its motion to dismiss up to and including
3 **February 6, 2012**.

4     **IT IS SO ORDERED.**

5 DATED: December 1, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT