DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (SBN 188069)
bill@doylelowther.com
JOHN A. LOWTHER (SBN 207000)
john@doylelowther.com
JAMES R. HAIL (SBN 202439)
jim@doylelowther.com
10200 Willow Creek Rd., Suite 150
San Diego, CA 92131
Telephone: (858) 935-9960
Facsimile: (888) 939-1939

GLYNN LAW GROUP
THOMAS E. GLYNN (SBN 223429)
tom@glynnlawgroup.com
10200 Willow Creek Rd., Suite 170
Telephone: (858) 271-1100
Facsimile: (858) 876-1530

THE CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Rd., Suite 160
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiffs Horvath, Forsythe, Johnson, and Montgomery

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;

Plaintiff,

v.

LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; and DOES 1 through 10;

Defendants.

CASE NO.: 3:11-CV-01576-H (RBBx)

CLASS ACTION

NOTICE OF APPEARANCE OF COUNSEL

Judge: Hon. Marilyn L. Huff

Complaint Filed: July 18, 2011

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Thomas E. Glynn of GLYNN LAW GROUP (SBN 223429) hereby enters an appearance as counsel of record for Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery in this action, and respectfully requests that copies of any and all further notices, pleadings, or documents filed or served in this action be served upon him. Mr. Glynn is a registered ECF user of the Southern District of California and consents to receive electronic notification from the Court.

Thomas E. Glynn is duly licensed to practice before this Court, and all courts of the State of California.

Dated: December 21, 2011

GLYNN LAW GROUP

By: /s/ Thomas E. Glynn
Thomas E. Glynn
tom@glynnlawgroup.com

GLYNN LAW GROUP
10200 Willow Creek Rd., Suite 170
San Diego, CA 92131
Tel: (858) 271-1100
Fax: (858) 876-1530

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (SBN 188069)
bill@doylelowther.com
JOHN A. LOWTHER (SBN 207000)
john@doylelowther.com
JAMES R. HAIL (SBN 202439)
jim@doylelowther.com
10200 Willow Creek Rd., Suite 150
San Diego, CA 92131
Telephone: (858) 935-9960
Facsimile: (858) 939-1939

THE CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield (SBN 125998)
alan@clgca.com
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

Attorneys for Plaintiffs