1  DOYLE LOWTHER LLP
   WILLIAM J. DOYLE II (SBN 188069)
2  bill@doylelowther.com
   JOHN A. LOWTHER (SBN 207000)
3  john@doylelowther.com
   JAMES R. HAIL (SBN 202439)
4  jim@doylelowther.com
   10200 Willow Creek Rd., Suite 150
5  San Diego, CA  92131
   Telephone: (858) 935-9960
6  Facsimile:  (888) 939-1939

7  GLYNN LAW GROUP
   THOMAS E. GLYNN (SBN 223429)
8  tom@glynnlawgroup.com
   10200 Willow Creek Rd., Suite 170
9  Telephone: (858) 271-1100
   Facsimile:  (858) 876-1530
10
   THE CONSUMER LAW GROUP OF CALIFORNIA
11 Alan M. Mansfield (SBN 125998)
   alan@clgca.com
12 10200 Willow Creek Rd., Suite 160
   San Diego, CA 92126
13 Tel: (619) 308-5034
   Fax: (888) 341-5048
14
   Attorneys for Plaintiffs Horvath, Forsythe, Johnson, and Montgomery
15

16               **UNITED STATES DISTRICT COURT**

17               **SOUTHERN DISTRICT OF CALIFORNIA**

18 | TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated; | CASE NO.: 3:11-CV-01576-H (RBBx) |
|---|---|
| | CLASS ACTION |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| v. | Judge:    Hon. Marilyn L. Huff |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; and DOES 1 through 10; | Complaint Filed: July 18, 2011 |
| Defendants. | |

26
27        TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:
28

1   PLEASE TAKE NOTICE that effective immediately, the contact information for Glynn
2   Law Group has changed to the following:

3
4   **GLYNN LAW GROUP**
    **10200 Willow Creek Rd., Suite 170**
5   **San Diego, CA 92131**
    **(858) 271-1100**
6   **(858) 876-1530 (facsimile)**

7   Dated:  December 21, 2011          GLYNN LAW GROUP

8                                      By:    /s/ Thomas E. Glynn
                                              Thomas E. Glynn
9                                             tom@glynnlawgroup.com

10                                     GLYNN LAW GROUP
                                       10200 Willow Creek Rd., Suite 170
11                                     San Diego, CA 92131
                                       Tel: (858) 271-1100
12                                     Fax: (858) 876-1530

13                                     DOYLE LOWTHER LLP
                                       WILLIAM J. DOYLE II (SBN 188069)
14                                     bill@doylelowther.com
                                       JOHN A. LOWTHER (SBN 207000)
15                                     john@doylelowther.com
                                       JAMES R. HAIL (SBN 202439)
16                                     jim@doylelowther.com
                                       10200 Willow Creek Rd., Suite 150
17                                     San Diego, CA  92131
                                       Telephone: (858) 935-9960
18                                     Facsimile:  (858) 939-1939

19                                     THE CONSUMER LAW GROUP OF
                                       CALIFORNIA
20                                     Alan M. Mansfield (SBN 125998)
                                       alan@clgca.com
21                                     10200 Willow Creek Rd., Suite 160
                                       San Diego, CA 92131
22                                     Tel: (619) 308-5034
                                       Fax: (888) 341-5048
23
                                       Attorneys for Plaintiffs
24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS            CASE NO.: 3:11-cv-01576-H (RBBx)