```
 1  Gino D. Serpe (SBN 160238)
    THE LAW OFFICES OF GINO D. SERPE
 2  gino@serpelawfirm.com
    The Koll Center
 3  501 West Broadway, Suite 800
    San Diego, CA 92101
 4  Telephone: (619) 702-2907
    Facsimile: (619) 702-2908
 5

 6  COHEN & GRESSER LLP
    SANDRA C. McCALLION
 7  smccallion@cohengresser.com
    THOMAS E. BEZANSON
 8  tbezanson@cohengresser.com
    SEUNG C. SOHN
 9  scsohn@cohengresser.com
    MELANIE A. GROSSMAN
10  mgrossman@cohengresser.com
    800 Third Avenue, 21st Floor
11  New York, New York 10022
    Telephone: (212) 957-7600
12  Facsimile: (212) 957-4514

13  Attorneys for Defendant

14
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation;<br><br>Defendant. | Case No. 3:11-CV-01576-H-(MLH) (RBB)<br><br>**DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Marilyn L. Huff<br><br>Courtroom: 13<br><br>Date: February 13, 2012<br><br>Time: 10:30 a.m. |

**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT.**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU") hereby moves under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the First Amended Class Action Complaint ("FAC") filed by Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery (the "Plaintiffs").

The motion is made on the ground that the FAC herein fails to state any claim upon which relief can be granted.

The first cause of action for breach of express warranty fails because the FAC does not allege (1) that the G2X phone suffers from a defect in materials or workmanship under the express terms of the warranty; (2) that Plaintiffs saw or relied on the express warranty; or (3) that LGEMU failed to perform its obligations under the terms of the warranty.

The second cause of action for breach of implied warranty fails because (1) Plaintiffs are not in privity with LGEMU and (2) Plaintiffs have not alleged that the G2X phone is unfit for the purpose for which it was intended.

The third cause of action for breach of the Song-Beverly Consumer Warranty Act, brought by Plaintiff Terry Horvath, fails because (1) he fails to state a claim for breach of express or implied warranty under California law and (2) he does not allege that he delivered his phone to LGEMU for repair or replacement under the warranty.

The fourth cause of action for breach of the Magnuson-Moss Warranty Act fails because the FAC fails to state a claim for breach of express or implied warranty under state law.

The fifth cause of action under California Unfair Competition Law fails because it is premised on Plaintiffs' inadequately alleged breach of warranty claims and is alleged with nothing more than labels, conclusions, and a formulaic recitation of the elements of the cause of action.

The sixth cause of action under the California Consumers Legal Remedies Act fails because it does not meet the specificity requirements of Federal Rule of Civil Procedure 9(b).

The seventh cause of action based on the common law theories of quasi-contract and assumpsit fails because Plaintiffs' principle warranty claims are based on express binding agreements.

LGEMU's motion is based upon this Motion, the supporting Memorandum of Points and Authorities, the accompanying Declaration of Melanie A. Grossman and the exhibits thereto, all filed herewith, and such other matters from the records and files in this action as may come before the Court at the hearing hereof.

Dated: December 21, 2011

By: s/ Sandra C. MCCallion
Sandra C. McCallion
smccallion@cohengresser.com
Thomas E. Bezanson
tbezanson@cohengresser.com
Seung C. Sohn
scsohn@cohengresser.com
Melanie A. Grossman
mgrossman@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

By: s/Gino D. Serpe
Gino D. Serpe (SBN No. 160238)
THE LAW OFFICES OF GINO D. SERPE
gino@serpelawfirm.com
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 702-2907
Facsimile: (619) 702-2908

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*

NOTICE OF MOTION TO DISMISS
Case No. 3:11-CV-01576-H-(MLH) (RBB)