Gino D. Serpe (SBN 160238)
THE LAW OFFICES OF GINO D. SERPE
gino@serpelawfirm.com
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 702-2907
Facsimile: (619) 702-2908

COHEN & GRESSER LLP
SANDRA C. McCALLION
smccallion@cohengresser.com
THOMAS E. BEZANSON
tbezanson@cohengresser.com
SEUNG C. SOHN
scsohn@cohengresser.com
MELANIE A. GROSSMAN
mgrossman@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation;<br><br>Defendant. | Case No. 3:11-CV-01576-H-(MLH) (RBB)<br><br>**DECLARATION OF MELANIE A. GROSSMAN IN SUPPORT OF DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Marilyn L. Huff<br><br>Courtroom: 13<br><br>Date: February 13, 2012<br><br>Time: 10:30 a.m. |

I, Melanie A. Grossman, declare as follows:

I am an attorney with the law firm of Cohen & Gresser LLP, counsel to Defendant LG Electronics Mobilecomm U.S.A., Inc. ("LGEMU"). I make this declaration in support of LGEMU's Motion to Dismiss the First Amended Class Action Complaint. I have personal knowledge of the facts stated herein, and if called as a witness I could testify competently hereto.

1. Attached as Exhibit A is a true and correct copy of a booklet entitled "Product Safety and Warranty Information." Page A-14 is entitled "Limited Warranty Statement."

2. Attached as Exhibit B is a true and correct copy of the Class Action Complaint filed in the above-captioned matter on July 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York.

Dated: December 21, 2011

_____
Melanie A. Grossman

## TABLE OF CONTENTS - EXHIBITS

| Exhibit | Title | No. of Pages |
|---------|-------|--------------|
| A | Product Safety And Warranty Information | 15 |
| B | Class Action Complaint | 24 |