# Exhibit A



# Product Safety and Warranty Information

P/NO : MBM63198202 (1.0) W       www.lg.c       A-1

## Safety Information

Please read and observe the following information for safe and proper use of your phone and to prevent damage.

## ⚠ Caution

**Violation of the instructions may cause minor or serious damage to the product.**

- Do not disassemble or open crush, bend or deform, puncture or shred.
- Do not modify or remanufacture, attempt to insert foreign objects into the battery, immerse or expose to water or other liquids, expose to fire, explosion or other hazard.
- Only use the battery for the system for which it is specified.
- Only use the battery with a charging system that has been qualified with the system per this standard. Use of an unqualified battery or charger may present a risk of fire, explosion, leakage, or other hazard.
- Do not short circuit a battery or allow metallic conductive objects to contact battery terminals.
- Replace the battery only with another battery that has been qualified with the system per this standard, IEEE-Std-1725-200x. Use of an unqualified battery may present a risk of fire, explosion, leakage or other hazard.
- Promptly dispose of used batteries in accordance with local regulations.
- Battery usage by children should be supervised.
- Avoid dropping the phone or battery. If the phone or battery is dropped, especially on a hard surface, and the user suspects damage, take it to a service center for inspection.
- Improper battery use may result in a fire, explosion or other hazard.
- For those host devices that utilize a USB port as a charging source, the host device's user manual shall include a statement that the phone shall only be connected to products that bear the USB-IF logo or have completed the USB-IF compliance program.

### Charger and Adapter Safety

- The charger and adapter are intended for indoor use only.
- Insert the battery pack charger vertically into the wall power socket.
- Unplug the power cord and charger during lightning storms to avoid electric shock or fire.
- Use the correct adapter for your phone when using the battery pack charger abroad.

### Battery Information and Care

- Please read the manual of proper installation and removal of the battery.
- Please read the manual of specified charger about charging method.
- Do not damage the power cord by bending, twisting, or heating. Do not use the plug if it is loose as it may cause electric shock or fire.
  Do not place any heavy items on the power cord. Do not allow the power cord to be crimped as it may cause electric shock or fire.
- Unplug the power cord prior to cleaning your phone, and clean the power plug pin when it's dirty. When using the power plug, ensure that it's firmly connected. If not, it may cause excessive heat or fire. If you put your phone in a pocket or bag without covering the receptacle of the phone (power plug pin), metallic articles (such as a coin, paperclip or pen) may short-circuit the phone. Short-circuit of the terminal may damage the battery and cause an explosion. Always cover the receptacle when not in use.
- Recharge the battery after long periods of non-use to maximize battery life. Battery life will vary due to usage pattern and environmental conditions.
- Never store your phone in temperature less than -4 °F or greater than 122 °F.
- Charging temperature range is between 32 °F and 113 °F. Do not charge the battery out of recommended temperature range. Charging out of recommended range might cause the generating heat or serious damage of battery. And also, it might cause the deterioration of battery's characteristics and cycle life.

A-2

- Do not use or leave the battery under the blazing sun or in heated car by sunshine. The battery may generate heat, smoke or flame. And also, it might cause the deterioration of battery's characteristics or cycle life.
- The battery pack has protection circuit to avoid the danger. Do not use near places that can generate static electricity more than 100V which could damage the protection circuit. Damaged protection circuits may generate smoke, rupture or ignite.
- When using the battery for the first time, if it emits a bad smell, you see rust on it, or anything else abnormal, do not use the equipment and bring the battery to the shop which it was bought.
- Keep batteries away from babies and small children. If children use the battery, their parents or legal guardians are responsible for supervising and teaching them about the safe handling of batteries and how to use batteries according to the manual with care.
- If liquid from the battery rubs against skin or clothing, wash with fresh water. It may cause the skin inflammation. Remove and do not use the battery. Be careful that children do not swallow any parts (such as earphone, connection parts of the phone, etc.). This could cause asphyxiation or suffocation resulting in serious injury or death.
- Do not handle the phone with wet hands while it is being charged. It may cause an electric shock or seriously damage your phone.
- Do not place or answer calls while charging the phone as it may short-circuit the phone and/or cause electric shock or fire.
- Do not use harsh chemicals (such as alcohol, benzene, thinners, etc.) or detergents to clean your phone. This could cause a fire.

### General Notice

- An emergency call can be made only within a service area. For an emergency call, make sure that you are within a service area and that the phone is turned on.
- Do not place items containing magnetic components such as a credit card, phone card, bank book, or subway ticket near your phone. The magnetism of the phone may damage the data stored in the magnetic strip.
- Talking on your phone for a long period of time may reduce call quality due to heat generated during use.
- When the phone is not used for a long period time, store it in a safe place with the power cord unplugged.
- Using the phone in proximity to receiving equipment (i.e., TV or radio) may cause interference to the phone.
- Do not use the phone if the antenna is damaged. If a damaged antenna contacts skin, it may cause a slight burn. Please contact an LG Authorized Service Center to replace the damaged antenna.
- The data saved in your phone might be deleted due to careless use, repair of the phone, or upgrade of the software. Please backup your important phone numbers. (Ringtones, text messages, voice messages, pictures, and videos could also be deleted.) The manufacturer is not liable for damage due to the loss of data.
- When you use the phone in public places, set the ringtone to vibration so you don't disturb others.
- Do not turn your phone on or off when putting it to your ear.

Use accessories, such as earphones and headsets, with caution. Ensure that cables are tucked away safely and do not touch the antenna unnecessarily.

### FCC Part 15 Class B Compliance

This device and its accessories comply with part 15 of FCC rules. Operation is subject to the following two conditions: (1) This device and its accessories may not cause harmful interference, and (2) this device and its accessories must accept any interference received, including interference that causes undesired operation.

### Part 15.21

Any changes or modifications not expressly approved by the manufacturer could void the user's authority to operate the equipment.

A-3

Part 15.105 statement

This equipment has been tested and found to comply with the limits for a class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. if this equipment does cause harmful interference or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

FCC RF Exposure Information

**WARNING! Read this information before operating the phone.**

In August 1996, the Federal Communications Commission (FCC) of the United States, with its action in Report and Order FCC 96-326, adopted an updated safety standard for human exposure to Radio Frequency (RF) electromagnetic energy emitted by FCC regulated transmitters. Those guidelines are consistent with the safety standard previously set by both U.S. and international standards bodies. The design of this phone complies with the FCC guidelines and these international standards.

**Bodily contact During Operation**

This device has been tested for body-worn operations with the distance of 0.79inches(2.0cm) for a normal mode and with the distance of 0.39 inches (1.0cm) for a hotspot mode from the user's body. To comply with FCC RF exposure requirements, a minimum separation distance of 0.79inches(2.0cm) for a normal mode and 0.39inches(1.0cm) for a hotspot mode must be maintained from the user's body. For example, this device must be maintained from the user's body with an appropriate belt-clip accessory. [More than 0.79inches(2.0cm)] Additionally, Belt clips, holsters & other body-worn accessories may not contain metallic components.

**Vehicle-Mounted External Antenna**

(Optional, if available.)
To satisfy FCC RF exposure requirements, keep 8 inches (20 cm) between the user / bystander and vehicle-mounted external antenna. For more information about RF exposure, visit the FCC website at www.fcc.gov.

**Caution**

Use only the supplied antenna. Use of unauthorized antennas (or modifications to the antenna) could impair call quality, damage the phone, void your warranty and/or violate FCC regulations.
Don't use the phone with a damaged antenna. A damaged antenna could cause a minor skin burn. Contact your local dealer for a replacement antenna.

# Consumer Information About Radio Frequency Emissions

Your wireless phone, which contains a radio transmitter and receiver, emits radio frequency energy during use. The following consumer information addresses commonly asked questions about the health effects of wireless phones.

## Are wireless phones safe?

Scientific research on the subject of wireless phones and radio frequency ("RF") energy has been conducted worldwide for many years, and continues. In the United States, the Food and Drug Administration ("FDA") and the Federal Communications Commission ("FCC") set policies and procedures for wireless phones. The FDA issued a website publication on health issues related to cell phone usage where it states, "The scientific community at large ... believes that the weight of scientific evidence does not show an association between exposure to radiofrequency (RF) from cell phones and adverse health outcomes. Still the scientific community does recommend conducting additional research to address gaps in knowledge. That research is being conducted around the world and FDA continues to monitor developments in this field. You can access the joint FDA/FCC website at http://www.fda.gov (under "c" in the subject index, select Cell Phones > Research). You can also contact the FDA toll-free at (888) 463-6332 or (888) INFO-FDA. In June 2000, the FDA entered into a cooperative research and development agreement through which additional scientific research is being conducted. The FCC issued its own website publication stating that "there is no scientific evidence that proves that wireless phone usage can lead to cancer or a variety of other problems, including headaches, dizziness or memory loss." This publication is available at http://www.fcc.gov/oet/rfsafety or through the FCC at (888) 225-5322 or (888) CALL-FCC.

## What does "SAR" mean?

In 1996, the FCC, working with the FDA, the U.S. Environmental Protection Agency, and other agencies, established RF exposure safety guidelines for wireless phones in the United States. Before a wireless phone model is available for sale to the public, it must be tested by the manufacturer and certified to the FCC that it does not exceed limits established by the FCC. One of these limits is expressed as a Specific Absorption Rate, or "SAR." SAR is a measure of the rate of absorption of RF energy in the body. Tests for SAR are conducted with the phone transmitting at its highest power level in all tested frequency bands. Since 1996, the FCC has required that the SAR of handheld wireless phones not exceed 1.6 watts per kilogram, averaged over one gram of tissue.

Although the SAR is determined at the highest power level, the actual SAR value of a wireless phone while operating can be less than the reported SAR value. This is because the SAR value may vary from call to call, depending on factors such as proximity to a cell site, the proximity of the phone to the body while in use, and the use of hands-free devices. Before a phone model is available for sale to the public, it must be tested and certified to the FCC that it does not exceed the limit established by the government-adopted requirement for safe exposure. The tests are performed in positions and locations (e.g., at the ear and worn on the body) as required by the FCC for each model. The highest SAR value for this model phone when tested for use at the ear is 0.83 W/kg and when worn on the body, as described in this user guide, is 0.72 W/kg (body-worn measurements differ among phone models, depending upon available accessories and FCC requirements). While there may be differences between SAR levels of various phones and at various positions, they all meet the government requirement for safe exposure.

The FCC has granted an Equipment Authorization for this model phone with all reported SAR levels evaluated

as in compliance with the FCC RF emission guidelines. SAR information on this model phone is on file with the FCC and can be found under the Display Grant section of http://www.fcc.gov/oet/ea/fccid/ after searching on FCC ID BEJP999DW.

For more information about SARs, see the FCC's OET Bulletins 56 and 65 at http://www.fcc.gov/Bureaus/Engineering_Technology/Documents/bulletins or visit the Cellular Telecommunications Industry Association website at http://www.ctia.org/consumer_info/index.cfm/AID/10371. You may also wish to contact the manufacturer of your phone.

### Can I minimize my RF exposure?

If you are concerned about RF, there are several simple steps you can take to minimize your RF exposure. You can, of course, reduce your talk time. You can place more distance between your body and the source of the RF, as the exposure level drops off dramatically with distance. The FDA/FCC website states that "hands-free kits can be used with wireless phones for convenience and comfort. These systems reduce the absorption of RF energy in the head because the phone, which is the source of the RF emissions, will not be placed against the head. On the other hand, if the phone is mounted against the waist or other part of the body during use, then that part of the body will absorb more RF energy. Wireless phones marketed in the U.S. are required to meet safety requirements regardless of whether they are used against the head or against the body. Either configuration should result in compliance with the safety limit." Also, if you use your wireless phone while in a car, you can use a phone with an antenna on the outside of the vehicle. You should also read and follow your wireless phone manufacturer's instructions for the safe operation of your phone.

### Do wireless phones pose any special risks to children?

The FDA/FCC website states that "the scientific evidence does not show a danger to users of wireless communication devices, including children." The FDA/FCC website further states that "some groups sponsored by other national governments have advised that children be discouraged from using wireless phones at all". For example, the Stewart Report from the United Kingdom ["UK"] made such a recommendation in December 2000. In this report a group of independent experts noted that no evidence exists that using a cell phone causes brain tumors or other ill effects. [The UK's] recommendation to limit cell phone use by children was strictly precautionary; it was not based on scientific evidence that any health hazard exists. A copy of the UK's leaflet is available at http://www.dh.gov.uk (search "mobile"), or you can write to: NRPB, Chilton, Didcot, Oxon OX11 ORQ, United Kingdom. Copies of the UK's annual reports on mobile phones and RF are available online at www.iegmp.org.uk and http://www.hpa.org.uk/radiation/ (search "mobile"). Parents who wish to reduce their children's RF exposure may choose to restrict their children's wireless phone use.

### Where can I get further information about RF emissions?

For further information, see the following additional resources (websites current as of April 2005):

### U.S. Food and Drug Administration

FDA Consumer magazine
November-December 2000
Telephone: (888) INFO-FDA
http://www.fda.gov (Under "c" in the subject index, select Cell Phones > Research.)

**U.S. Federal Communications Commission**
445 12th Street, S.W.
Washington, D.C. 20554
Telephone: (888) 225-5322
http://www.fcc.gov/oet/rfsafety

**Independent Expert Group on Mobile Phones**
http://www.iegmp.org.uk

**Royal Society of Canada Expert Panels on Potential Health Risks of Radio Frequency Fields from Wireless Telecommunication Devices**
283 Sparks Street
Ottawa, Ontario K1R 7X9
Canada
Telephone: (613) 991-6990

**World Health Organization**
Avenue Appia 20
1211 Geneva 27
Switzerland
Telephone: 011 41 22 791 21 11
http://www.who.int/mediacentre/factsheets/fs193/en/

**International Commission on Non-Ionizing Radiation Protection**
c/o Bundesamt fur Strahlenschutz
Ingolstaedter Landstr. 1
85764 Oberschleissheim
Germany
Telephone: 011 49 1888 333 2156
http://www.icnirp.de

**American National Standards Institute**
1819 L Street, N.W., 6th Floor
Washington, D.C. 20036
Telephone: (202) 293-8020
http://www.ansi.org

**National Council on Radiation Protection and Measurements**
7910 Woodmont Avenue, Suite 800
Bethesda, MD 20814-3095
Telephone: (301) 657-2652
http://www.ncrponline.org

**Engineering in Medicine and Biology Society, Committee on Man and Radiation (COMAR) of the Institute of Electrical and Electronics Engineers**
http://ewh.ieee.org/soc/embs/comar/

## TIA Safety Information

The following is the complete TIA Safety Information for wireless handheld phones.

**Exposure to Radio Frequency Signal**
Your wireless handheld portable phone is a low power radio transmitter and receiver. When ON, it receives and sends out Radio Frequency (RF) signals.
In August, 1996, the Federal Communications Commissions (FCC) adopted RF exposure guidelines with safety levels for handheld wireless phones. Those guidelines are consistent with the safety standards previously set by both U.S. and international standards bodies:
    ANSI C95.1 (1992) *
    NCRP Report 86 (1986)
    ICNIRP (1996)
* American National Standards Institute; National Council on Radiation Protection and Measurements; International Commission on Non-Ionizing Radiation Protection
Those standards were based on comprehensive and periodic evaluations of the relevant scientific literature. For example, over 120 scientists, engineers, and physicians from universities, government health agencies, and industry reviewed the available body of research to develop the

ANSI Standard (C95.1).
The design of your phone complies with the FCC guidelines (and those standards).

### Antenna Care

Use only the supplied or an approved replacement antenna. Unauthorized antennas, modifications, or attachments could damage the phone and may violate FCC regulations.

### Phone Operation

NORMAL POSITION: Hold the phone as you would any other telephone with the antenna pointed up and over your shoulder.

### Tips on Efficient Operation

For your phone to operate most efficiently:
Don't touch the antenna unnecessarily when the phone is in use. Contact with the antenna affects call quality and may cause the phone to operate at a higher power level than otherwise needed.

### Electronic Devices

Most modern electronic equipment is shielded from RF signals. However, certain electronic equipment may not be shielded against the RF signals from your wireless phone.

### Pacemakers

The Health Industry Manufacturers Association recommends that a minimum separation of six (6) inches be maintained between a handheld wireless phone and a pacemaker to avoid potential interference with the pacemaker. These recommendations are consistent with the independent research by and recommendations of Wireless Technology Research.
Persons with pacemakers:
- Should ALWAYS keep the phone more than six (6) inches from their pacemaker when the phone is turned ON;
- Should not carry the phone in a breast pocket;
- Should use the ear opposite the pacemaker to minimize the potential for interference;
- Should turn the phone OFF immediately if there is any reason to suspect that interference is taking place.

### Hearing Aids

Some digital wireless phones may interfere with some hearing aids. In the event of such interference, you may want to consult your service provider (or call the customer service line to discuss alternatives).

### Other Medical Devices

If you use any other personal medical device, consult the manufacturer of your device to determine if it is adequately shielded from external RF energy. Your physician may be able to assist you in obtaining this information.

### Health Care Facilities

Turn your phone OFF in health care facilities when any regulations posted in these areas instruct you to do so. Hospitals or health care facilities may use equipment that could be sensitive to external RF energy.

### Vehicles

RF signals may affect improperly installed or inadequately shielded electronic systems in motor vehicles. Check with the manufacturer or its representative regarding your vehicle. You should also consult the manufacturer of any equipment that has been added to your vehicle.

### Posted Facilities

Turn your phone OFF in any facility where posted notices so require.

### Aircraft

FCC regulations prohibit using your phone while in the air. Switch OFF your phone before boarding an aircraft.

### Blasting Areas

To avoid interfering with blasting operations, turn your phone OFF when in a "blasting area" or in areas posted: "Turn off two-way radio". Obey all signs and instructions.

### Potentially Explosive Atmosphere

Turn your phone OFF when in any area with a potentially explosive atmosphere and obey all signs and instructions. Sparks in such areas could cause an explosion or fire resulting in bodily injury or even death.
Areas with a potentially explosive atmosphere are often, but not always marked clearly. Potential areas may include: fueling areas (such as gasoline stations); below deck on boats; fuel or chemical transfer or storage facilities; vehicles using liquefied petroleum gas (such as propane or butane); areas where the air contains chemicals or particles (such as grain, dust, or metal powders); and any other area where you would normally be advised to turn off your vehicle engine.

### For Vehicles Equipped with an Air Bag

An air bag inflates with great force. DO NOT place objects, including either installed or portable wireless equipment, in the area over the air bag or in the air bag deployment area. If in-vehicle wireless equipment is improperly installed and the air bag inflates, serious injury could result.

## FDA Consumer Update



The U.S. Food and Drug Administration's Center for Devices and Radiological Health Consumer Update on Mobile Phones:

**1. Do wireless phones pose a health hazard?**
The available scientific evidence does not show that any health problems are associated with using wireless phones. There is no proof, however, that wireless phones are absolutely safe. Wireless phones emit low levels of Radio Frequency (RF) energy in the microwave range while being used. They also emit very low levels of RF when in standby mode. Whereas high levels of RF can produce health effects (by heating tissue), exposure to low level RF that does not produce heating effects causes no known adverse health effects. Many studies of low level RF exposures have not found any biological effects. Some studies have suggested that some biological effects may occur, but such findings have not been confirmed by additional research. In some cases, other researchers have had difficulty in reproducing those studies, or in determining the reasons for inconsistent results.

**2. What is the FDA's role concerning the safety of wireless phones?**
Under the law, the FDA does not review the safety of radiation-emitting consumer products such as wireless phones before they can be sold, as it does with new drugs or medical devices. However, the agency has authority to take action if wireless phones are shown to emit Radio Frequency (RF) energy at a level that is hazardous to the user. In such a case, the FDA could require the manufacturers of wireless phones to notify users of the health hazard and to repair, replace, or recall the phones so that the hazard no longer exists.
Although the existing scientific data does not justify FDA regulatory actions, the FDA has urged the wireless phone industry to take a number of steps, including the following:

- Support needed research into possible biological effects of RF of the type emitted by wireless phones;
- Design wireless phones in a way that minimizes any RF exposure to the user that is not necessary for device function; and
- Cooperate in providing users of wireless phones with the best possible information on possible effects of wireless phone use on human health.

The FDA belongs to an interagency working group of the federal agencies that have responsibility for different aspects of RF safety to ensure coordinated efforts at the federal level. The following agencies belong to this working group:
- National Institute for Occupational Safety and Health
- Environmental Protection Agency
- Occupational Safety and Health Administration
- National Telecommunications and Information Administration

The National Institutes of Health participates in some interagency working group activities, as well.

The FDA shares regulatory responsibilities for wireless phones with the Federal Communications Commission (FCC). All phones that are sold in the United States must comply with FCC safety guidelines that limit RF exposure. The FCC relies on the FDA and other health agencies for safety questions about wireless phones.

The FCC also regulates the base stations that the wireless phone networks rely upon. While these base stations operate at higher power than do the wireless phones themselves, the RF exposures that people get from these base stations are typically thousands of times lower than those they can get from wireless phones. Base stations are thus not the subject of the safety questions discussed in this document.

## 3. What kinds of phones are the subject of this update?

The term "wireless phone" refers here to handheld wireless phones with built-in antennas, often called "cell", "mobile", or "PCS" phones. These types of wireless phones can expose the user to measurable Radio Frequency (RF) energy because of the short distance between the phone and the user's head.

These RF exposures are limited by FCC safety guidelines that were developed with the advice of the FDA and other federal health and safety agencies. When the phone is located at greater distances from the user, the exposure to RF is drastically lower because a person's RF exposure decreases rapidly with increasing distance from the source. The so-called "cordless phones," which have a base unit connected to the telephone wiring in a house, typically operate at far lower power levels, and thus produce RF exposures far below the FCC safety limits.

## 4. What are the results of the research done already?

The research done thus far has produced conflicting results, and many studies have suffered from flaws in their research methods. Animal experiments investigating the effects of Radio Frequency (RF) energy exposures characteristic of wireless phones have yielded conflicting results that often cannot be repeated in other laboratories. A few animal studies, however, have suggested that low levels of RF could accelerate the development of cancer in laboratory animals. However, many of the studies that showed increased tumor development used animals that had been genetically engineered or treated with cancer-causing chemicals so as to be pre-disposed to develop cancer in the absence of RF exposure. Other studies exposed the animals to RF for up to 22 hours per day. These conditions are not similar to the conditions under which people use wireless phones, so we do not know with certainty what the results of such studies mean for human health. Three large epidemiology studies have been published since December 2000. Between them, the studies investigated any possible association between the use of wireless phones and primary brain cancer, glioma, meningioma, or acoustic neuroma, tumors of the brain or salivary gland, leukemia, or other cancers.

A-10

None of the studies demonstrated the existence of any harmful health effects from wireless phone RF exposures. However, none of the studies can answer questions about long-term exposures, since the average period of phone use in these studies was around three years.

### 5. What research is needed to decide whether RF exposure from wireless phones poses a health risk?

A combination of laboratory studies and epidemiological studies of people actually using wireless phones would provide some of the data that are needed. Lifetime animal exposure studies could be completed in a few years. However, very large numbers of animals would be needed to provide reliable proof of a cancer promoting effect if one exists. Epidemiological studies can provide data that is directly applicable to human populations, but ten or more years follow-up may be needed to provide answers about some health effects, such as cancer. This is because the interval between the time of exposure to a cancer-causing agent and the time tumors develop — if they do — may be many, many years. The interpretation of epidemiological studies is hampered by difficulties in measuring actual RF exposure during day-to-day use of wireless phones. Many factors affect this measurement, such as the angle at which the phone is held, or which model of phone is used.

### 6. What is the FDA doing to find out more about the possible health effects of wireless phone RF?

The FDA is working with the U.S. National Toxicology Program and with groups of investigators around the world to ensure that high priority animal studies are conducted to address important questions about the effects of exposure to Radio Frequency (RF) energy.

The FDA has been a leading participant in the World Health Organization International Electro Magnetic Fields (EMF) Project since its inception in 1996. An influential result of this work has been the development of a detailed agenda of research needs that has driven the establishment of new research programs around the world. The project has also helped develop a series of public information documents on EMF issues.

The FDA and the Cellular Telecommunications & Internet Association (CTIA) have a formal Cooperative Research And Development Agreement (CRADA) to do research on wireless phone safety. The FDA provides the scientific oversight, obtaining input from experts in government, industry, and academic organizations. CTIA-funded research is conducted through contracts with independent investigators. The initial research will include both laboratory studies and studies of wireless phone users. The CRADA will also include a broad assessment of additional research needs in the context of the latest research developments around the world.

### 7. How can I find out how much Radio Frequency energy exposure I can get by using my wireless phone?

All phones sold in the United States must comply with Federal Communications Commission (FCC) guidelines that limit Radio Frequency (RF) energy exposures. The FCC established these guidelines in consultation with the FDA and the other federal health and safety agencies. The FCC limit for RF exposure from wireless phones is set at a Specific Absorption Rate (SAR) of 1.6 watts per kilogram (1.6 W/kg). The FCC limit is consistent with the safety standards developed by the Institute of Electrical and Electronic Engineering (IEEE) and the National Council on Radiation Protection and Measurement. The exposure limit takes into consideration the body's ability to remove heat from the tissues that absorb energy from the wireless phone and is set well below levels known to have effects. Manufacturers of wireless phones must report the RF exposure level for each model of phone to the FCC. The FCC website (http://www.fcc.gov/oet/rfsafety) gives directions for locating the FCC identification number on your phone so you can find your phone's RF exposure level in the online listing.

### 8. What has the FDA done to measure the Radio Frequency energy coming from wireless phones?

The Institute of Electrical and Electronic Engineers (IEEE) is developing a technical standard for measuring the Radio Frequency (RF) energy exposure from wireless phones and other wireless handsets with the participation and leadership of FDA scientists and engineers. The standard, "Recommended Practice for Determining the Spatial-Peak Specific Absorption Rate (SAR) in the Human Body Due to Wireless Communications Devices: Experimental Techniques", sets forth the first consistent test methodology for measuring the rate at which RF is deposited in the heads of wireless phone users. The test method uses a tissue-simulating model of the human head. Standardized SAR test methodology is expected to greatly improve the consistency of measurements made at different laboratories on the same phone. SAR is the measurement of the amount of energy absorbed in tissue, either by the whole body or a small part of the body. It is measured in watts/kg (or milliwatts/g) of matter. This measurement is used to determine whether a wireless phone complies with safety guidelines.

### 9. What steps can I take to reduce my exposure to Radio Frequency energy from my wireless phone?

If there is a risk from these products — and at this point we do not know that there is — it is probably very small. But if you are concerned about avoiding even potential risks, you can take a few simple steps to minimize your exposure to Radio Frequency (RF) energy. Since time is a key factor in how much exposure a person receives, reducing the amount of time spent using a wireless phone will reduce RF exposure. If you must conduct extended conversations by wireless phone every day, you could place more distance between your body and the source of the RF, since the exposure level drops off dramatically with distance. For example, you could use a headset and carry the wireless phone away from your body or use a wireless phone connected to a remote antenna. Again, the scientific data does not demonstrate that wireless phones are harmful. But if you are concerned about the RF exposure from these products, you can use measures like those described above to reduce your RF exposure from wireless phone use.

### 10. What about children using wireless phones?

The scientific evidence does not show a danger to users of wireless phones, including children and teenagers. If you want to take steps to lower exposure to Radio Frequency (RF) energy, the measures described above would apply to children and teenagers using wireless phones. Reducing the time of wireless phone use and increasing the distance between the user and the RF source will reduce RF exposure.

Some groups sponsored by other national governments have advised that children be discouraged from using wireless phones at all. For example, the government in the United Kingdom distributed leaflets containing such a recommendation in December 2000. They noted that no evidence exists that using a wireless phone causes brain tumors or other ill effects. Their recommendation to limit wireless phone use by children was strictly precautionary; it was not based on scientific evidence that any health hazard exists.

### 11. What about wireless phone interference with medical equipment?

Radio Frequency (RF) energy from wireless phones can interact with some electronic devices. For this reason, the FDA helped develop a detailed test method to measure Electro Magnetic Interference (EMI) of implanted cardiac pacemakers and defibrillators from wireless telephones. This test method is now part of a standard sponsored by the Association for the Advancement of Medical Instrumentation (AAMI). The final draft, a joint effort by the FDA, medical device manufacturers, and many other groups, was completed in late 2000. This standard will allow manufacturers to ensure that cardiac pacemakers and

A-12

defibrillators are safe from wireless phone EMI.

The FDA has tested hearing aids for interference from handheld wireless phones and helped develop a voluntary standard sponsored by the Institute of Electrical and Electronic Engineers (IEEE). This standard specifies test methods and performance requirements for hearing aids and wireless phones so that no interference occurs when a person uses a "compatible" phone and a "compatible" hearing aid at the same time. This standard was approved by the IEEE in 2000.

The FDA continues to monitor the use of wireless phones for possible interactions with other medical devices. Should harmful interference be found to occur, the FDA will conduct testing to assess the interference and work to resolve the problem.

### 12. Where can I find additional information?

For additional information, please refer to the following resources:

Federal Communications Commission (FCC) RF Safety Program
(http://www.fcc.gov/oet/rfsafety)
International Commission on Non-Ionizing Radiation Protection
(http://www.icnirp.de)
World Health Organization (WHO) International EMF Project
(http://www.who.int/emf)
National Radiological Protection Board (UK)
(http://www.hpa.org.uk/radiation/)

## Driving

Check the laws and regulations on the use of wireless phones in the areas where you drive and always obey them. Also, if using your phone while driving, please observe the following:
- Give full attention to driving -- driving safely is your first responsibility;
- Use hands-free operation, if available;
- Pull off the road and park before making or answering a call if driving conditions or the law require it.

# Limited Warranty Statement

## 1. WHAT THIS WARRANTY COVERS :

LG offers you a limited warranty that the enclosed subscriber unit and its enclosed accessories will be free from defects in material and workmanship, according to the following terms and conditions:

(1) The limited warranty for the product extends for TWELVE (12) MONTHS beginning on the date of purchase of the product with valid proof of purchase, or absent valid proof of purchase, FIFTEEN (15) MONTHS from date of manufacture as determined by the unit's manufacture date code.

(2) The limited warranty extends only to the original purchaser of the product and is not assignable or transferable to any subsequent purchaser/end user.

(3) This warranty is good only to the original purchaser of the product during the warranty period as long as it is in the U.S, including Alaska, Hawaii, U.S. Territories and Canada.

(4) The external housing and cosmetic parts shall be free of defects at the time of shipment and, therefore, shall not be covered under these limited warranty terms.

(5) Upon request from LG, the consumer must provide information to reasonably prove the date of purchase.

(6) The customer shall bear the cost of shipping the product to the Customer Service Department of LG. LG shall bear the cost of shipping the product back to the consumer after the completion of service under this limited warranty.

## 2. WHAT THIS WARRANTY DOES NOT COVER:

(1) Defects or damages resulting from use of the product in other than its normal and customary manner.

(2) Defects or damages from abnormal use, abnormal conditions, improper storage, exposure to moisture or dampness, unauthorized modifications, unauthorized connections, unauthorized repair, misuse, neglect, abuse, accident, alteration, improper installation, or other acts which are not the fault of LG, including damage caused by shipping, blown fuses, spills of food or liquid.

(3) Breakage or damage to antennas unless caused directly by defects in material or workmanship.

(4) That the Customer Service Department at LG was not notified by consumer of the alleged defect or malfunction of the product during the applicable limited warranty period.

(5) Products which have had the serial number removed or made illegible.

(6) This limited warranty is in lieu of all other warranties, express or implied either in fact or by operations of law, statutory or otherwise, including, but not limited to any implied warranty of marketability or fitness for a particular use.

(7) Damage resulting from use of non-LG approved accessories.

(8) All plastic surfaces and all other externally exposed parts that are scratched or damaged due to normal customer use.

(9) Products operated outside published maximum ratings.

(10) Products used or obtained in a rental program.

(11) Consumables (such as fuses).

## 3. WHAT LG WILL DO:

LG will, at its sole option, either repair, replace or refund the purchase price of any unit that does not conform to this limited warranty. LG may choose at its option to use functionally equivalent reconditioned, refurbished or new units or parts or any units. In addition, LG will not re-install or back-up any data, applications or software that you have added to your phone. It is therefore recommended that you back-up any such data or information prior to sending the unit to LG to avoid the permanent loss of such information.

## 4. STATE LAW RIGHTS:

No other express warranty is applicable to this product. THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MARKETABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTY HEREIN. LG SHALL NOT BE LIABLE FOR THE LOSS OF THE USE OF THE PRODUCT, INCONVENIENCE, LOSS OR ANY OTHER DAMAGES, DIRECT OR CONSEQUENTIAL, ARISING OUT OF THE USE OF, OR INABILITY TO USE, THIS PRODUCT OR FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MARKETABILITY APPLICABLE TO THIS PRODUCT.

Some states do not allow the exclusive limitation of incidental or consequential damages or limitations on how long an implied warranty lasts; so these limitations or exclusions may not apply to you. This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

## 5. HOW TO GET WARRANTY SERVICE:

To obtain warranty service, please call or fax to the following telephone numbers from anywhere in the continental United States:

**Tel. 1-800-793-8896**

Or visit http://us.lgservice.com. Correspondence may also be mailed to:

LG Electronics Service- Mobile Handsets
P.O. Box 240007, Huntsville, AL 35824

**DO NOT RETURN YOUR PRODUCT TO THE ABOVE ADDRESS.**

Please call or write for the location of the LG authorized service center nearest you and for the procedures for obtaining warranty claims.

MEMO

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

MEMO

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

A-15