UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>　　　　　Defendant. | Case No. 3:11-cv-01576-H<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION TO EXCUSE OR PERMIT RONALD JOHNSON'S TELEPHONIC PARTICIPATION AT ENE [ECF NO. 39]** |

1

Having considered Plaintiffs' Unopposed Ex Parte Application to Either Excuse Or Permit Plaintiff Ronald Johnson To Be Available Telephonically At Early Neutral Evaluation Conference, and papers and declarations in support thereof (ECF No. 39), the Court hereby orders as follows:

Proposed class representative Ronald Johnson is excused from personally appearing at the May 14, 2012 early neutral evaluation conference.

IT IS SO ORDERED.

DATED: April 30, 2012

*Ruben Brooks*

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE