UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>            Defendant. | Civil No. 11cv1576 H(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |

    On May 14, 2012, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

    The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

    1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

1  objections to initial disclosure will be resolved as required by
2  rule 26.
3      2.  The rule 26(f) conference shall be completed on or before
4  June 7, 2012.
5      3.  A joint discovery plan shall be lodged with Magistrate
6  Judge Brooks on or before June 18, 2012.
7      4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
8  shall occur on or before July 11, 2012.
9      5.  A telephonic, attorneys-only case management conference is
10 set for July 13, 2012, at 8:00 a.m.  Counsel for Plaintiffs is to
11 initiate the call.
12     Plaintiff's(s') counsel shall serve a copy of this order on
13 all parties that enter this case after the date of this order.
14     Failure of any counsel or party to comply with this order may
15 result in sanctions.
16     IT IS SO ORDERED.

18 DATED:  May 14, 2012                 _____
                                         Ruben B. Brooks
19                                       United States Magistrate Judge

20 cc:
   Judge Huff
21 All Parties of Record