### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORVATH v. LG ELECTRONICS MOBILE | Case No. 11cv1576 H(RBB) |
| | **Time Spent: 1 hr. 20 mins.** |

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                              Rptr.

#### Attorneys

| Plaintiffs | Defendants |
|---|---|
| William J. Doyle, II (present) | Sandra C. McCallion (present) |
| John A. Lowther (present) | Eugene Long (present) |
| Alan M. Mansfield (present) | |

PROCEEDINGS:    x  In Chambers      ___ In Court      ___ Telephonic

An early neutral evaluation conference was held.

A telephonic, attorneys-only case management conference is set for July 13, 2012, at 8:00 a.m.

Counsel for Plaintiffs is to initiate the call.

DATE: May 14, 2012               IT IS SO ORDERED:   *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc:  Judge Huff                                      INITIALS: VL (mg) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\HORVATH1576\Minute01.wpd