1  Janice P. Brown, Esq. (114433)
   brown@brownlawgroup.com
2  Eugene R. Long, Jr., Esq.
   long@brownlawgroup.com
3  BROWN LAW GROUP
   600 B Street, Suite 1650
4  San Diego, CA 92101
   Telephone:  (619) 330-1700
5  Facsimile:  (619) 330-1701

6

7  Sandra C. McCallion
   smccallion@cohengresser.com
8  Thomas E. Bezanson
   tbezanson@cohengresser.com
9  Seung C. Sohn
   scsohn@cohengresser.com
10 Melanie A. Grossman
   mgrossman@cohengresser.com
11 COHEN & GRESSER LLP
   800 Third Avenue, 21st Floor
12 New York, New York 10022
   Telephone:  (212) 957-7600
13 Facsimile:  (212) 957-4514

14 Attorneys for Defendant
   LG ELECTRONICS MOBILECOMM
15 U.S.A., INC.

16

17                UNITED STATES DISTRICT COURT

18                SOUTHERN DISTRICT OF CALIFORNIA

19

20 TERRY HORVATH, JEREMY              )   Case No. 3:11-CV-01576-H (RBB)
   FORSYTHE, RONALD JOHNSON,          )
21 and FRED MONTGOMERY,               )
   individually and on behalf of all others )  **DEFENDANT LG ELECTRONICS**
22 similarly situated,                 )   **MOBILECOMM U.S.A., INC. FEDERAL**
                                       )   **RULES OF CIVIL PROCEDURE RULE**
23              Plaintiffs,            )   **26(a)(1) INITIAL DISCLOSURES**
                                       )
24 v.                                  )
                                       )   Judge: Hon. Marilyn L. Huff
25 LG ELECTRONICS MOBILECOMM           )
   U.S.A., INC., a California Corporation, )  Courtroom:  13
26                                     )
                Defendant.             )
27                                     )
28 _____

Pursuant to Federal Rule 26(a), Defendant LG ELECTRONICS MOBILECOMM U.S.A, INC. ("Defendant" or "LGEMU"), makes the following initial disclosures.

Defendant reserves the right to supplement and amend each of these disclosures, identify additional persons who may have discoverable information under Rule26(a)(1)(A)(i), and identify additional documents and things under Rule 26(a)(1)(A)(ii) that might be relevant to the claims and defenses in this action as Plaintiffs develop their case, and as additional information is obtained through discovery (including discovery that may be sought by Plaintiffs in support of their claims) and through Defendant's continued investigation of the allegations in this case.

Defendant's initial disclosures are made without waiving its right to object to any discovery request, or to the use of any evidence related to the subject matter of these disclosures, on the basis of competency, privilege, work product, relevance, materiality, hearsay, undue burden, or any other proper ground for objection.

**A. Disclosures under Rule 26(a)(1)(A)(i)**

**Rule 26(a)(1)(A)(i)**:  "the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment":

1. Employees of LGEMU[1]

**Sunita Babbar**
Senior Manager, Network Validation Group
LG Electronics MobileComm U.S.A., Inc.
10225 Willow Creek Rd.
San Diego, CA 92131

Ms. Babbar has knowledge of the development and testing of the LG-P999 G2x phone

---

[1] Employees of LGEMU, LG Electronics Mobile Research, LLC, and LG Electronics Alabama, Inc. listed below

*Horvath, et al. v. LG Electronics MobileComm U.S.A., Inc.*     Case No.: 3:11-CV-01576-H (RBB)
Page 2

and upgrades to its software; phone performance; and issues raised by users and providers relating to phone performance.

**Adrian Caminos**
Manager, Customer Relations - Quality Management
LG Electronics MobileComm U.S.A., Inc.
10225 Willow Creek Rd.
San Diego, CA 92131

Mr. Caminos has knowledge of technical analysis of complaints regarding the performance of the LG-P999 G2x phone; the manner and circumstances in which claimed problems with the phone occurred, and the rate at which they occurred; and steps taken to repair, upgrade, or improve LG-P999 G2x phones.

**Sarah Canady**
Digital Marketing Analyst, Consumer Marketing Team
LG Electronics MobileComm U.S.A., Inc.
10225 Willow Creek Rd.
San Diego, CA 92131

Ms. Canady has knowledge regarding consumer issues concerning the LG-P999 G2x phone and regarding LGEMU's responses to consumer issues.

**Paul Hand**
Director, Customer Relations Management,
LG Electronics MobileComm U.S.A., Inc.
10225 Willow Creek Rd.
San Diego, CA 92131

Mr. Hand has knowledge of consumer complaints regarding the LG-P999 G2x phone and LGEMU's analysis of and response to them, including repairs, upgrades, and improvements to the phones; the manner and circumstances in which the claimed problems with the phone occurred and the rate at which they occurred; alternative causal factors in the occurrence of those problems; resolution of customer complaints; and industry custom and practice regarding

---

may be contacted only through counsel, Cohen & Gresser LLP.

*Horvath, et al. v. LG Electronics MobileComm U.S.A., Inc.*   Case No.: 3:11-CV-01576-H (RBB)

software upgrades and maintenance bulletins and releases.

>**Andrew Jensen**
>Senior Manager, Account Marketing -- T-Mobile Key Account Management
>LG Electronics MobileComm U.S.A., Inc.
>10225 Willow Creek Rd.
>San Diego, CA 92131

Mr. Jensen has knowledge regarding LGEMU's relationship with T-Mobile in marketing the LG-P999 G2x phone (including relevant agreements) and in responding to customer issues.

>**Min Seok Kim**
>Director, Product Management Team
>LG Electronics MobileComm U.S.A., Inc.
>15375 SE 30th Place Suite 130
>Bellevue, WA 98007

Mr. Kim has knowledge regarding the development, features, and operation of the LG-P999 G2x phone and its operating system; and the role of the operating system in the functioning of the LG-P999 G2x phone and in smart phones generally.

>**Yasser Nafei**
>VP Division Head - Quality Management
>LG Electronics MobileComm U.S.A., Inc.
>10225 Willow Creek Rd.
>San Diego, CA 92131

Mr. Nafei has knowledge of consumer complaints regarding the LG-P999 G2x phone and LGEMU's analysis of and response to them including repairs, upgrades, and improvements; the manner and circumstances in which the claimed problems with the LG-P999 G2x phone occurred and the rate at which they occurred; and resolution of customer complaints.

>**Tim O'Brien**
>VP Division Head, Marketing
>LG Electronics MobileComm U.S.A., Inc.
>10225 Willow Creek Rd.
>San Diego, CA 92131

Mr. O'Brien has knowledge regarding LGEMU's relationship with T-Mobile in marketing the LG-P999 G2x phone (including relevant agreements) and in responding to

customer issues; and customer attitudes and practices in smart phone purchases and in the use of smart phones.

### 2. Employees of LG Electronics Mobile Research, LLC

**Won Ha**
Senior Engineer, T-Mobile Technical Account Management Team
LG Electronics Mobile Research, LLC
15809 Bear Creek Pkwy #300
Redmond, WA 98052

Mr. Ha has knowledge regarding the development, features, and operation of the LG-P999 G2x phone and its operating system; technical analysis of claimed defects and steps taken to repair, upgrade, or improve LG-P999 G2x phones.

### 3. Employees of LG Electronics Alabama, Inc.

**Jarrod Carroll**
Manager, Business Support
LG Electronics Alabama, Inc.
2153 Eagle Parkway
Fort Worth, TX 76177

Mr. Carroll has knowledge of customer complaints regarding the LG-P999 G2x phone and steps taken to resolve complaints, including repair of phones.

**Anthony Riffe**
Assistant Manager - Customer Service Call Center
LG Electronics Alabama, Inc.
201 James Record Road
Huntsville, Alabama 35824

Mr. Riffe has knowledge of consumer complaints regarding the LG-P999 G2x phone and LGEMU's analysis of and response to them; communications with customers and attempts to resolve customer issues relating to the phones; training relating to customer communications; the manner and circumstances in which claimed problems with LG-P999 G2x phones occurred; and customer perceptions regarding the performance of the LG-P999 G2x phone.

4. <u>Employees of T-Mobile</u>

LGEMU may find it necessary to obtain testimony from witnesses from T-Mobile who are unidentified at this time.

5. <u>Plaintiffs</u>

On information and belief, Plaintiffs have knowledge of their own experiences of the alleged defects in LG-P999 G2x phone; the circumstances and manner in which the alleged defects occurred; potential contributing factors and causes in the occurrence of the alleged defects; and steps taken by LGEMU and/or third parties to resolve any complaints regarding the phones.

**B. <u>Disclosures under Rule 26(a)(1)(A)(ii)</u>**

**Rule 26(a)(1)(A)(ii)**: "a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment":

Defendant is aware of the following categories of documents, electronically stored information, and things that are in its possession, custody, or control and that it may use to support its defenses:

- Documents concerning the development, features, specifications, technical requirements, and operation of the LG-P999 G2x phone
- Documents concerning customer complaints and communications regarding the LG-P999 G2x phone, including documents concerning attempts to resolve complaints

- Documents concerning the analysis of claimed defects relating to the LG-P999 G2x phone
- Documents concerning marketing of the LG-P999 G2x phone, including agreements and communications with T-Mobile
- Documents concerning customer perception of the LG-P999 G2x phone and the market for smartphones
- Documents concerning upgrades, repairs, and improvements in the LG-P999 G2x phone

Documents and things within Defendant's possession, custody, or control are maintained by the Defendant, and access to them may be obtained through Defendant's counsel, subject to all applicable objections, privileges, and restrictions.

Defendant's investigation as it relates to this action has just commenced, and the descriptions provided are based upon information currently available and specifically known to Defendant. As a result, Defendant reserves the right to amend this disclosure statement as discovery continues, to add categories of documents and things, and/or modify the descriptions herein. In addition, Defendant reserves the right to rely on those documents and things disclosed by all other parties in connection with this action.

### C. Disclosures under Rule 26(a)(1)(A)(iii)

**Rule 26(a)(1)(A)(iii)**: "a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered":

Defendant is not making a claim for damages. Accordingly, Defendant provides no computation of damages, and no documents concerning any computation of damages.

### D. Disclosures under Rule 26(a)(1)(A)(iv)

**Rule 26(a)(1)(A)(iv)**: "for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment":

Not applicable.

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendant reserves the right to supplement or modify the disclosures made herein.

DATED: July 11, 2012

By: s/ Sandra C. McCallion
COHEN & GRESSER LLP
Sandra C. McCallion
smccallion@cohengresser.com
Thomas E. Bezanson
tbezanson@cohengresser.com
Seung C. Sohn
scsohn@cohengresser.com
Melanie A. Grossman
mgrossman@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

By: s/ Janice P. Brown
Janice P. Brown, Esq. (114433)
brown@brownlawgroup.com
Eugene R. Long, Jr., Esq.
long@brownlawgroup.com
BROWN LAW GROUP
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701
Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.