UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California Corporation,<br><br>        Defendant. | Case No. 3:11-CV-01576-H (RBB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Marilyn L. Huff<br><br>Courtroom: 13 |

      I the undersigned, an associate with the law firm of Cohen & Gresser, LLP hereby certify that the following statements are true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

      On July 11, 2012, DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC. FEDERAL RULES OF CIVIL PROCEDURE RULE 26(a)(1) INITIAL DISCLOSURES was electronically filed with the Court and served upon all parties in the action registered for ECF:

William James Doyle, II
John A. Lowther
DOYLE LOWTHER LLP
Email: bill@doylelowther.com
       john@doylelowther.com

Thomas Glynn
GLYNN LAW GROUP
Email: tom@glynnlawgroup.com

Alan McQuarrie Mansfield
THE CONSUMER LAW GROUP
Email: alan@clgca.com

via the CM/ECF system, which sends an email notification (Notice of Electronic Filing) to all parties registered for ECF, which constitutes service of such filing(s).

Dated: July 12, 2012

/s Christopher M.P. Jackson
Christopher M.P. Jackson
cjackson@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514