MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                Case No. 11cv1576 H(RBB)
                                                **Time Spent: 15 mins.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                Rptr.

                              Attorneys
         Plaintiffs                           Defendants

John A. Lowther (present)           Sandra C. McCallion (present)
                                    Eugene Long (present)
                                    Christopher M.P. Jackson (present)

PROCEEDINGS:    ___ In Chambers    ___ In Court    _X_ Telephonic

A telephonic, attorneys-only settlement conference was held.

A settlement conference is set for October 15, 2012, at 8:30 a.m.  Each party is to lodge a settlement brief with chambers, no to exceed ten pages, no later than October 8, 2012.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: July 13, 2012          IT IS SO ORDERED:    *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Huff                               INITIALS: VL (mg) Deputy
    All Parties of Record