## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                Case No. 11cv1576 H(RBB)
                                                **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                            Attorneys
        Plaintiffs                          Defendants

John A. Lowther                      Sandra C. McCallion
                                     Eugene Long
                                     Christopher M.P. Jackson

PROCEEDINGS:    ____  In Chambers    ____  In Court    ____  Telephonic

The settlement conference on October 15, 2012 is set for 8:30 a.m. not 8:00 a.m.  Each party is to lodge a settlement brief with chambers, no to exceed ten pages, no later than October 8, 2012.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: July 19, 2012         IT IS SO ORDERED:    *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Huff                                   INITIALS: VL (mg) Deputy
    All Parties of Record