DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
bill@doylelowther.com
JOHN A. LOWTHER (207000)
john@doylelowther.com
JAMES R. HAIL (202439)
jim@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel:  (858) 935-9960
Fax:  (858) 939-1939

[additional counsel on signature page]

*Attorneys for plaintiffs and the proposed class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>Defendant. | Case No. 3:11-cv-01576-H<br><br>**CLASS ACTION**<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Current Hearing Date: October 15, 2012<br>Time:  8:30 a.m.<br>Dept.:  Room 1185<br>Judge:  Hon. Ruben B. Brooks<br><br>Proposed New Hearing Date: Nov. 27, 2012<br>Time:  8:30 a.m.<br><br>[Proposed Order filed and served concurrently herewith] |

By and through their counsel, Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery ("Plaintiffs") and Defendant LG Electronics MobileComm U.S.A., Inc. ("LGEMU"), hereby agree, stipulate, and respectfully request this Honorable Court continue the Settlement Conference in this action, currently set for Monday, October 15, 2012 at 8:30 a.m. to a new date of November 27, 2012 at 8:30 a.m., or to a later date which comports with the Court's calendar. The parties further agree, stipulate, and respectfully request the due date for the parties to lodge settlement briefs with chambers, currently Monday, October 8, 2012, be rescheduled to November 20, 2012, or to a later date seven (7) days before any new date set by the Court for the settlement conference.

This extension of time is jointly requested by the parties for the following reasons:

1. The parties have exchanged and responded to several discovery requests, and preliminary information has been exchanged.

2. The parties have had several meet-and-confer sessions concerning outstanding discovery requests. There are current, ongoing efforts to resolve several discovery disputes, which will necessitate additional meet-and-confer sessions.

3. The parties are negotiating a protective order for the exchange of confidential information, which they expect to resolve next week.

4. In addition, the parties are meeting, conferring, and seeking to resolve certain third-party confidentiality issues, the resolution of which will permit the parties to exchange important information concerning the alleged defect and its alleged impact on the market.

5. The parties believe a continuance of the current mediation session will be materially beneficial to the parties, to the Court, and to their respective analyses of the case, especially since the parties anticipate the several of these matters will

be resolved and additional information will be produced.

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED by Plaintiffs and Defendant LGEMU, subject to approval by the Court, that (1) the settlement conference shall be continued to November 27, 2012 at 8:30 a.m., or to a later date and time in accordance with the Court's schedule and (2) the due date for each party to lodge a settlement brief with chambers shall be rescheduled to November 20, 2012, or to a later date seven (7) days before any other new date set by the Court for the settlement conference.

IT IS SO STIPULATED.

DATED: September 19, 2012            DOYLE LOWTHER LLP

By:___/s/ John Lowther_____
JOHN LOWTHER

DOYLE LOWTHER LLP
William J. Doyle II
James R. Hail
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel:    (858) 935-9960
Fax:    (858) 939-1939
email:  bill@doylelowther.com
        john@doylelowther.com
        jim@doylelowther.com

| | |
|---|---|
| 1 | GLYNN LAW GROUP |
| 2 | THOMAS E. GLYNN |
|   | 10200 Willow Creek Rd., Suite 170 |
| 3 | San Diego, CA 92131 |
|   | Tel:     (858) 271-1100 |
| 4 | Fax:    (858) 876-1530 |
|   | email:   tom@glynnlawgroup.com |

```
                        GLYNN LAW GROUP
                        THOMAS E. GLYNN
                        10200 Willow Creek Rd., Suite 170
                        San Diego, CA 92131
                        Tel:     (858) 271-1100
                        Fax:    (858) 876-1530
                        email:   tom@glynnlawgroup.com

                        THE CONSUMER LAW GROUP
                        ALAN M. MANSFIELD
                        10200 Willow Creek Rd., Suite 160
                        San Diego, CA 92131
                        Tel: (619) 308-5034
                        Fax: (888) 341-5048
                        email: alan@clgca.com

                        Attorneys for plaintiffs and the proposed class


DATED: September 19, 2012           COHEN & GRESSER LLP

                        BY:   /s/ Melanie A. Grossman
                        MELANIE A. GROSSMAN

                        COHEN & GRESSER LLP
                        Sandra C. McCallion
                        Thomas E. Bezanson
                        800 Third Avenue
                        New York, New York, 10022
                        Tel:  (212) 957-7600
                        Fax:  (212) 957-4514
                        email: mgrossman@cohengresser.com
                               smccallion@cohengresser.com
                               tbezanson@cohengresser.com

                        THE LAW OFFICE OF GINO D. SERPE


                        BY:      /s/ Gino D. Serpe
                        GINO D. SERPE
                        THE LAW OFFICE OF GINO D. SERPE
                        501 West Broadway, Suite 800
                        San Diego, CA 92101
                        Tel:  (619) 702-2907
                        Fax: (619) 702-2908
                        email: gino@serpelawfirm.com

                        Attorneys for defendant
```