# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>Defendant. | Case No. 3:11-cv-01576-H<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE [ECF NO. 52]** |

It is hereby ordered the Settlement Conference in civil action number 3:11-cv-01576-H styled *Horvath v. LG Electronics Mobilecomm U.S.A., Inc.* is hereby continued from Monday, October 15, 2012 at 8:30 a.m. to November 28, 2012 at 8:30 a.m. Each party shall lodge a settlement brief with chambers, not to exceed ten (10) pages, no later than November 26, 2012.

**IT IS SO ORDERED.**

Dated: September 19, 2012

_____
Hon. Ruben B. Brooks