1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br>   v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>        Defendant. | Case No. 3:11-cv-01576-H<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Current Hearing Date: November 28, 2012<br>Time:  8:30 a.m.<br>Dept.:  Room 1185<br>Judge:  Hon. Ruben B. Brooks<br><br>Proposed New Hearing Date: Jan. 28, 2013<br>Time:  8:30 a.m. |

## <u>ORDER</u>

It is hereby ordered the Settlement Conference in civil action number 3:11-cv-01576-H styled *Horvath v. LG Electronics Mobilecomm U.S.A., Inc.* is hereby continued from Wednesday, November 28, 2012 at 8:30 a.m. to Monday, January 28, 2013 at 8:30 a.m. Each party shall lodge a settlement brief with chambers, not to exceed ten (10) pages, no later than January 24, 2013.

**IT IS SO ORDERED.**

Dated: November 15, 2012

Hon. Ruben B. Brooks