MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                    Case No. 11cv1576 H(RBB)
                                                   **Time Spent:** _____

HON. RUBEN B. BROOKS         CT. DEPUTY VICKY LEE                    Rptr. _____

                                Attorneys
         Plaintiffs                          Defendants

John A. Lowther                     Sandra C. McCallion
                                    Eugene Long
                                    Christopher M.P. Jackson

PROCEEDINGS:     ____  In Chambers     ____  In Court     ____  Telephonic


An in-person, attorneys-only discovery conference is set for January 18, 2013, at 8:00 a.m.  Each party may file a brief in connection with the discovery dispute not to exceed five pages by 12 p.m. on January 11, 2013.


DATE: January 7, 2013           IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Huff                                     INITIALS: VL (mg) Deputy
     All Parties of Record


I:\Chambers Brooks\CASES\HORVATH1576\Minute04.wpd