## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                    Case No. 11cv1576 H(RBB)
                                                   **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr. ____

                              Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The discovery conference set for January 18, 2013, at 8:00 a.m. is vacated.

DATE: January 8, 2013          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Huff                                   INITIALS: VL (mg) Deputy
     All Parties of Record