DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
bill@doylelowther.com
JOHN A. LOWTHER (207000)
john@doylelowther.com
JAMES R. HAIL (202439)
jim@doylelowther.com
10200 Willow Creek Rd., Suite 150
San Diego, CA  92131
858.935.9960
858.939.1939 fax

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON and FRED MONTGOMERY, individually and on behalf of all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; <br><br> Defendant. | Case No. 3:11-CV-01576-H (RBBx) <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Brooks |

1  I, John A. Lowther, declare under penalty of perjury that I am employed with Doyle Lowther LLP, whose address is 10200 Willow Creek Road, Suite 150, San Diego, California 92131. I am over the age of 18 years and not a party to this action; that I served the below named persons the following document(s):

**Joint Motion for Entry of Stipulated Protective Order**

[ ]   Via electronic mail to the addresses listed below:

<u>**SEE ATTACHED SERVICE LIST**</u>

[ ]   By personally delivering copies to the person served at the following address:

[X]   Via the Court's electronic notification system to the addresses listed below:

[ ]   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each for collection and mailing pursuant to the ordinary business practice of this office, which mail is deposited with the U.S. Postal Service on the same day at San Diego, California.

[ ]   By Overnight Mail by placing an Federal Express envelope addressed to each of the persons on the service list attached hereto and depositing said envelope in the Federal Express Pickup boxes located at Business Park Way and Carroll Canyon Road in San Diego, California 92131.

Executed this 15th day of January 2013 at San Diego, California.

           */s/ John A. Lowther*
           JOHN A. LOWTHER

CERTIFICATE OF SERVICE     CASE NO. 3:11-CV-01576-H (RBBx)

# SERVICE LIST

COHEN & GRESSLER LLP
Melanie A. Grossman
Sandra C. McCallion
Thomas E. Bezanson
800 Third Avenue
New York, NY 10022
Tel:  (212) 957-7600
Fax:  (212) 957-4514
mgrossman@cohengresser.com
smccallion@cohengresser.com
tbezanson@cohengresser.com


THE LAW OFFICES OF GINO D. SERPE
Gino D. Serpe
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Tel:  (619) 702-2907
Fax:  (619) 702-2908
gino@serpelawfirm.com

*Attorneys for Defendant LG Electronics Mobilecomm U.S.A., Inc.*


GLYNN LAW GROUP
Thomas E. Glynn
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
Telephone: (858) 271-1100
Facsimile:  (858) 876-1530
tom@glynnlawgroup.com

*Co-Counsel for Plaintiff*


THE CONSUMER LAW GROUP OF CALIFORNIA
Alan M. Mansfield
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel:  (619) 308-5034
Fax:  (888) 341-5048
alan@clgca.com

*Co-Counsel for Plaintiff*