MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                Case No. 11cv1576 H(RBB)
                                                **Time Spent:** _____

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                      Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS: ____ In Chambers    ____ In Court    ____ Telephonic

The in-person settlement conference on January 28, 2013, at 8:30 a.m. is reset as a telephonic, attorneys-only settlement conference.

Counsel for Plaintiff is to initiate the call.

DATE: January 25, 2013        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Huff                                    INITIALS: VL (mg) Deputy
    All Parties of Record