## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>HORVATH</u> v. <u>LG ELECTRONICS MOBILE</u>           Case No. <u>11cv1576 H(RBB)</u>
                                                   **Time Spent: <u>15 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                  <u>Rptr.</u>

<u>Attorneys</u>
<u>Plaintiffs</u>                           <u>Defendants</u>

<u>John A. Lowther (present)</u>           <u>Sandra C. McCallion (present)</u>
<u>Katherine DiDonato (present)</u>        <u>Gino D. Serpe (present)</u>
                                        <u>Chris Jackson (present)</u>

PROCEEDINGS:   ___ In Chambers    ___ In Court    <u> x </u> Telephonic


A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference is set for March 1, 2013, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: <u>January 28, 2013</u>      IT IS SO ORDERED:   *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc: Judge Huff                                       INITIALS: <u>VL (mg)</u> Deputy
    All Parties of Record