# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>     vs.<br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>                                    Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**SCHEDULING ORDER** |

Pursuant to Civil Local Rule 16.1.f.9, the Court issues the following scheduling order supplementing the schedule set by Magistrate Judge Brooks on July 18, 2012.  (See Doc. No. 49.)  If any of these dates pose a conflict, or are otherwise unworkable, the complaining party or parties must file a motion to reschedule with Magistrate Judge Brooks within thirty (30) days from the date of this order.

The Court orders the following:

(1) Motions in Limine, including Daubert motions, will be heard before this Court on August 12, 2013, at 10:30 a.m.  Absent further order by the Court, each party may file a maximum of ten (10) motions in limine.  The Court orders motions in limine to be filed by July 15, 2013.  Oppositions to motions in limine must be

filed by Jul 29, 2013.  Replies to motions in limine may be filed by August 5, 2013.

(2) If the parties wish to utilize a jury questionnaire, a proposed jury questionnaire must be submitted to the Court no later than July 2, 2013.

(3) The Court directs the parties to submit proposed jury instructions and a proposed verdict form by 9:00 a.m. on August 13, 2013.

(4) Trial will commence before this Court on August 13, 2013, at 9:00 a.m.  The Court orders trial exhibit lists to be filed on or before 9:00 a.m. of the first day of trial.

(5) The Court concludes that four (4) days is sufficient time for all phases of the trial and sets reasonable time limits of nine (9) hours per side, all-inclusive, subject to exception for good cause shown.  This includes all phases of trial and any proceedings, such as the voir dire, opening and closing statements, direct and cross examination, objections, and jury instructions.  If deposition testimony is to be read at trial, the parties should agree on a fair allotment of deposition time between the two sides and submit that information to the courtroom deputy by 4:00 p.m. the day testimony is read.  In the absence of such an agreement, the Court will attribute fifty percent (50%) of the total time to each side absent good cause shown.  The Court reserves discretion to make the final determination as to the appropriate distribution of time.

**IT IS SO ORDERED.**

DATED: February 7, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT