UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>           Defendant. | Civil No. 11cv1576 H(RBB)<br><br>ORDER GRANTING IN PART JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES [ECF NO. 67] |

On February 7, 2013, a "Joint Motion to Extend Discovery and Pretrial Deadlines [ECF No. 67]" was filed. Good cause appearing,

IT IS HEREBY ORDERED:

1. All discovery shall be completed by all parties on or before September 10, 2013; this includes discovery ordered as a result of a discovery motion. All motions for discovery shall be filed no later than thirty (30) days following the date upon which the event giving rise to the discovery dispute occurred. For oral discovery, the event giving rise to the discovery dispute is the

1  completion of the transcript of the affected portion of the
2  deposition.  For written discovery, the event giving rise to the
3  discovery dispute is the service of the response.  All
4  interrogatories, requests for admission, and document production
5  requests must be served by <u>June 11, 2013</u>.
6      2.   Plaintiff(s) shall serve on all other parties a list of
7  expert witnesses whom Plaintiff(s) expect(s) to call at trial by
8  <u>June 11, 2013</u>.  Defendant(s) shall serve on Plaintiff(s) a list of
9  expert witnesses Defendant(s) expect(s) to call at trial by <u>July 8,
10 2013</u>.  Each party may supplement its designation in response to the
11 other party's designation no later than <u>July 22, 2013</u>.  The parties
12 must identify any person who may be used to present evidence
13 pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence.
14 This requirement is not limited to retained experts.  The
15 designation(s) shall comply with rule 26(a)(2) of the Federal Rules
16 of Civil Procedure and be accompanied by a written report prepared
17 and signed by each witness, including in-house or other witnesses
18 providing expert testimony.  The failure to fully comply with these
19 requirements may result in the exclusion of expert testimony.  A
20 written report is not required from a witness giving testimony as a
21 percipient expert.
22      3.   The last day to file a motion to certify any class is
23 <u>June 25, 2013</u>.
24      4.   Any motion to join other parties, to amend the pleadings
25 or to file additional pleadings shall be filed and heard on or
26 before <u>June 11, 2013</u>.
27      The remaining dates that the parties request to extend are
28 related to the pretrial conference and trial dates.  For that

1  reason, this Court cannot extend those deadlines until the trial
2  date is extended by United States District Court Judge Marilyn L.
3  Huff.

5  Dated: February 20, 2013
   _____
6                                 RUBEN B. BROOKS
                                  United States Magistrate Judge

7  cc:   All Parties of Record