## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                      Case No. 11cv1576 H(RBB)
                                                     **Time Spent: 10 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                            Attorneys
        Plaintiffs                              Defendants

John A. Lowther (present)              Sandra C. McCallion (present)
Katherine DiDonato (present)           Gino D. Serpe
                                       Chris Jackson (present)

PROCEEDINGS:    ___ In Chambers     ___ In Court    _x_ Telephonic


A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference is set for May 2, 2013, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: March 1, 2013          IT IS SO ORDERED:   /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Huff                                  INITIALS: VL (mg)  Deputy
     All Parties of Record