## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HORVATH v. LG ELECTRONICS MOBILE                Case No. 11cv1576 H(RBB)
                                                **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                 Rptr.

                            Attorneys
        Plaintiffs                          Defendants


PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

On July 18, 2012, the Court issued a Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings [ECF No. 49]. There, the discovery cutoff date was set for May 13, 2013. (Case Management Conference Order 1, ECF No. 49.)

On February 7, 2013, the parties filed a Joint Motion to Extend Discovery and Pretrial Deadlines [ECF No. 67]. On the same day, United States District Court Judge Marilyn L. Huff issued a scheduling order setting a trial date of August 13, 2013, along with other trial-related deadlines [ECF No. 66].

On February 21, 2013, United States Magistrate Judge Ruben B. Brooks granted in part the joint motion [ECF No. 68]. Among other extensions, the discovery cutoff date was reset to September 10, 2013. (Order Granting Part Joint Mot. Extend Disc.& Pretrial Deadlines 1, ECF No. 68.) The Court noted that, "The remaining dates that the parties request to extend are related to the pretrial conference and trial dates. For that reason, this Court cannot extend those deadlines until the trial date is extended by the United States District Court Judge Marilyn L. Huff." (Id. at 2-3.)

In light of the August 13, 2013 trial date, the discovery cutoff date is reset from September 10, 2013 to July 26, 2013.


DATE:  March 29, 2013          IT IS SO ORDERED:    _Ruben Brooks_
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Huff                                     INITIALS: VL (mg) Deputy
     All Parties of Record