DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN A. LOWTHER IV (207000)
JAMES R. HAIL (202439)
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960
(858) 939-1939 fax

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, Individually and on Behalf of All Others Similarly Situated, | Case No. 11-cv-01576-H-RBB <u>CLASS ACTION</u> |
| Plaintiffs, | **JOINT MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |
| vs. | |
| LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation, | |
| Defendant. | DEMAND FOR JURY TRIAL |

Pursuant to Local Rules 7.2 and 16.1(f) and Federal Rule of Civil Procedure 29(b), Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery ("Plaintiffs") and Defendant LG Electronics MobileComm U.S.A., Inc. ("LGEMU"), by and through their counsel, hereby jointly submit this motion to extend the trial date, and discovery and pretrial deadlines as collectively set forth in the Court's Scheduling Order entered on February 7, 2013 (ECF No. 66), and the orders entered by U.S. Magistrate Judge Ruben B. Brooks on February 21, 2013 (ECF No. 68) and March 29, 2013 (ECF No. 70).

Good cause exists to extend the current trial date, and discovery and pretrial deadlines.  Pre-trial discovery has been ongoing in this matter since after the original Early Neutral Evaluation Conference on May 14, 2012 (*see* ECF No. 42).  Based in part on those ongoing discovery efforts, the parties have spent the past several months focusing their efforts on attempting to resolve this case through mediation.  On January 28, 2013, during a telephonic settlement conference with Magistrate Judge Brooks, the parties informed him of their intention to participate in a private mediation (*see* ECF No. 64).  Since that time, the parties formally mediated this case at JAMS with an experienced mediator who has extensive class action mediation experience, Catherine A. Yanni, Esq.  This mediation process is ongoing.  The first face-to-face mediation session took place on March 22, 2013.  A second session has been scheduled for the second or third week of May 2013.

The parties wish to conserve litigant resources, avoid costly motion practice in the interim, and focus their efforts on mediation and document production.  As such, the parties agreed to stay formal discovery during this mediation and related negotiation process.  To further these goals and provide each side the opportunity to complete the process necessary to prepare this case for class certification and trial if necessary, the parties jointly request the Court continue the trial date, and current discovery and pre-trial deadlines, as set forth below:

| Current Date | Proposed Date | Event |
|---|---|---|
| June 11, 2013 | October 4, 2013 | All interrogatories, requests for admission, and document production requests must be served. |
| June 11, 2013 | October 11, 2013 | Plaintiffs shall serve on all other parties a list of expert witnesses whom Plaintiffs expect to call at trial. |
| June 25, 2013 | October 18, 2013 | The last day to file a motion to certify any class. |
| June 11, 2013 | October 18, 2013 | Any motion to join other parties, to amend the pleadings or to file additional pleadings shall be filed and heard. |
| July 8, 2013 | November 8, 2013 | Defendant shall serve on Plaintiffs a list of expert witnesses Defendant expects to call at trial. |
| July 8, 2013 | November 15, 2013 | All other pretrial motions must be filed so that they may be heard on or before this date. |
| July 22, 2013 | November 22, 2013 | Each party may supplement its expert designation in response to the other party's designation no later than this date. |
| July 22, 2013 | November 22, 2013 | Counsel shall confer and take the action required by Local Rule 16.1(f)(4). |
| July 26, 2013 | December 20, 2013 | All discovery to be completed by all parties. |
| August 5, 2013 | March 17, 2014 | The proposed final pretrial conference order, including objections to any party's Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures, shall be prepared, served, and lodged with the Clerk of the Court. |
| August 12, 2013 | March 24, 2014 | The final pretrial conference shall be held before the Hon. Marilyn L. Huff, |

| | | United States District Judge at 10:30 a.m. |
|---|---|---|
| August 13, 2013 | March 25, 2014 | The trial shall be held before Hon. Marilyn L. Huff, United States District Judge at 9:00 a.m. |

As noted in a prior motion (ECF No. 67), discovery in this case has moved more slowly than originally anticipated at the first Case Management Conference as a result of a number of complicating factors including, but not limited to, negotiations regarding the protective order, non-party confidentiality issues, and the protocol for production of electronically stored information.   After discussion with the parties, Magistrate Judge Brooks entered the protective order and ESI protocol on January 29, 2013 (ECF Nos. 63, 65).

Should this case not resolve, additional time is needed to complete the stayed discovery and address remaining discovery issues prior to class certification, motions for summary adjudication and trial.   The above schedule is counsel's realistic estimate—based on the status of discovery and the resources needed to complete it— of the time it would take to prepare this matter without the further need to request additional time.   Thus, the schedule set forth above is based on the practical and realistic assessments of counsel for the parties, taking into account their ongoing good faith mediation efforts and the time needed to see if this matter can be resolved through that process.

DATED: April 24, 2013

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II
JOHN A. LOWTHER IV
JAMES R. HAIL

*s/William J. Doyle II*
WILLIAM J. DOYLE II

10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960
(858) 939-1939 fax
bill@doylelowther.com
john@doylelowther.com
jim@doylelowther.com

GLYNN LAW GROUP
THOMAS E. GLYNN
10200 Willow Creek Road, Suite 170
San Diego, CA 92131
(858) 271-1100
(858) 876-1530 fax
tom@glynnlawgroup.com

THE CONSUMER LAW GROUP
ALAN M. MANSFIELD
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
(619) 308-5034
(888) 341-5048 fax
alan@clgca.com

Attorneys for Plaintiffs

DATED: April 24, 2013           COHEN & GRESSER LLP
                                SANDRA C. MCCALLION
                                THOMAS E. BEZANSON
                                CHRISTOPHER M.P. JACKSON
                                MELANIE A. GROSSMAN

                                _s/Sandra C. McCallion_
                                SANDRA C. MCCALLION

                                800 Third Avenue
                                New York, NY 10022
                                (212) 957-7600
                                (212) 957-4514 fax

smccallion@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mgrossman@cohengresser.com

PARK & JENSEN LLP
TAI H. PARK
630 Third Avenue, 7th Floor
New York, NY 10017
(646) 200-6300
(646) 200-6301 fax
tpark@parkjensen.com

Attorneys for Defendant LG Electronics
Mobilecomm U.S.A., Inc.

---