UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE DATES** |

On April 24, 2013, the parties filed a joint motion to continue trial and to extend discovery and pretrial deadlines. (Doc. No. 71.) For good cause, the Court grants the motion in part and continues the trial date from August 13, 2013, to December 11, 2013. The Court requests the parties to submit a proposed schedule for the remaining pretrial and discovery deadlines in line with the trial date of December 11, 2013.

**IT IS SO ORDERED.**

DATED: May 6, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT