# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>                     Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATES [Doc. No. 74]** |

On April 24, 2013, the parties filed a joint motion to continue trial and to extend discovery and pretrial deadlines. (Doc. No. 71.) On May 6, 2013, the Court granted the motion in part and requested that the parties file a proposed schedule in line with the new trial date of December 11, 2013. (Doc. No. 73.) On May 15, 2013, the parties filed a joint motion to continue along with a proposed schedule for the remaining dates. (Doc. No. 74.) For good cause, the Court grants the parties' motion and amends the operative scheduling and discovery orders (Doc. Nos. 66, 68, 70) as follows:

///

///

///

- 1 -

11cv1576

| EVENT | EXISTING DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Plaintiffs must serve on all other parties a list of expert witnesses whom Plaintiffs expect to call at trial. | June 11, 2013 | July 26, 2013 |
| Defendant must serve on Plaintiffs a list of expert witnesses Defendant expects to call at trial. | July 8, 2013 | August 9, 2013 |
| Any motion to join other parties, to amend the pleadings or to file additional pleadings must be filed and heard. | June 11, 2013 | August 23, 2013 |
| The last day to file a motion to certify any class. | June 25, 2013 | August 23, 2013 |
| Each party may supplement its expert designation in response to the other party's designation no later than this date. | July 22, 2013 | September 6, 2013 |
| All interrogatories, requests for admission, and document production requests must be served. | June 11, 2013 | October 5, 2013 |
| All discovery to be completed by all parties. | July 26, 2013 | November 4, 2013 |
| If the parties wish to utilize a jury questionnaire, a proposed jury questionnaire must be submitted by this date. | July 2, 2013 | November 4, 2013 |
| All other pretrial motions must be filed so that they may be heard on or before this date. | July 8, 2013 | November 4, 2013 |
| Motions in limine, including *Daubert* motions, must be filed by this date. | July 15, 2013 | November 6, 2013 |
| Counsel will confer and take action required by Local Rule 16.1(f)(4). | July 22, 2013 | November 12, 2013 |
| Oppositions to motions in limine must be filed by this date. | July 29, 2013 | November 20, 2013 |
| Replies to motions in limine may be filed by this date. | August 5, 2013 | November 27, 2013 |

| | | |
|---|---|---|
| The proposed final pretrial conference order, including objections to any party's Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures, must be prepared, served, and lodged with the Clerk of the Court. | August 5, 2013 | November 27, 2013 |
| The final pretrial conference will be held before the Hon. Marilyn L. Huff, United States District Judge at 10:30 a.m. | August 12, 2013 | December 10, 2013 |
| The parties will submit proposed jury instructions and proposed verdict form by 9:00 a.m. on this date. | August 13, 2013 | December 11, 2013 |
| The trial will be held before Hon. Marilyn L. Huff, United States District Judge at 9:00 a.m. | December 11, 2013 | December 11, 2013 |

**IT IS SO ORDERED.**

DATED: May 16, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT