# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>                    Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

On June 10, 2013, Defendant filed a request to substitute Cohen & Gresser LLP and its attorneys Thomas E. Bezanson, Melanie A. Grossman, Christopher M.P. Jackson, Sandra C. McCallion and Seung C. Sohn, along with Gino D. Serpe of the Law Office of Gino D. Serpe, with Shearman & Sterling LLP and its attorneys James Donato and Jiyoun Chung, as its attorneys of record. (Doc. No. 76.)

///
///
///
///
///

1 | For good cause, the Court grants the motion and orders that James Donato and Jiyoun
2 | Chung of Shearman & Sterling LLP be substituted as counsel for the Defendant.
3 | **IT IS SO ORDERED.**
4 | DATED: June 11, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT