# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>    Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DATES** |

On August 9, 2013, the parties filed a joint motion to vacate all existing pretrial and trial dates in anticipation of filing their motion for preliminary approval of a class settlement. (Doc. No. 85.) For good cause, the Court grants the motion and vacates all remaining pretrial and trial deadlines, contingent on the parties filing with the Court a motion for preliminary approval of settlement on or before September 18, 2013.

///
///
///
///
///

1  The Court reserves the right to reinstate any of the vacated dates if the parties fail to
2  file a motion for preliminary approval by September 18.
3      **IT IS SO ORDERED.**
4  DATED: August 12, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT