1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN A. LOWTHER IV (207000)
JAMES R. HAIL (202439)
SAMANTHA A. SMITH (233331)
KATHERINE S. DIDONATO (272704)
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960
(858) 939-1939 fax

[additional counsel on signature page]

*Attorneys for plaintiffs and the proposed class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TERRY HORVATH, JEREMY
FORSYTHE, RONALD
JOHNSON, and FRED
MONTGOMERY, individually and
on behalf of all others similarly
situated;

        Plaintiffs,

       v.

LG ELECTRONICS
MOBILECOMM U.S.A., INC., a
California corporation;

        Defendant.

Case No. 3:11-cv-01576-H-RBB

## CLASS ACTION

**Joint Motion for Two Week
Extension to File Motion for
Preliminary Approval of
Settlement**

Judge: Hon. Marilyn L. Huff

1    Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson and Fred
2    Montgomery ("Plaintiffs") and Defendant LG Electronics MobileComm U.S.A.,
3    Inc. ("LGEMU") respectfully submit this Joint Motion for Two Week Extension to
4    File Motion for Preliminary Approval of Settlement.   As set forth in the parties'
5    Joint Motion To Vacate All Pre-Trial And Trial Dates Pending Joint Motion For
6    Preliminary Approval Of Settlement (ECF. No. 85) and the Court's August 12,
7    2013, Order Granting Joint Motion to Vacate Dates (ECF No. 86) the current
8    deadline to file the motion for preliminary approval of settlement is September 18,
9    2013.

10    On August 9, 2013, Plaintiffs and LGEMU filed a joint motion to vacate the
11    pending pre-trial and trial deadlines, wherein the parties agreed to submit a motion
12    for preliminary approval on or before September 18, 2013.  ECF No. 85.   On
13    August 12, 2013, the Court granted the joint motion and vacated all pending pre-
14    trial and trial deadlines contingent on the parties filing a motion for preliminary
15    approval of settlement on or before September 18, 2013.   Since that time, the
16    parties have been diligently working together to meet their deadline of September
17    18, 2013, to file the motion for preliminary approval and supporting documents.
18    While the parties are close to finalizing the necessary paperwork to file the motion
19    for preliminary approval, there are a few aspects of the settlement that are pending
20    final authorization, including details of the notice program and settlement
21    administration.   Plaintiffs and LGEMU anticipate needing no more than an
22    additional two weeks to finalize all the necessary paperwork.  As such, the parties
23    jointly request an extension of two weeks – until October 2, 2013 – to file the
24    motion for preliminary approval and supporting documents.

25
26
27
28

1

2

DATED: September 17, 2013          Respectfully Submitted,

3

_____/s/ John Lowther_____
JOHN LOWTHER

4

5

DOYLE LOWTHER LLP

6

William J. Doyle II
James R. Hail

7

Samantha A. Smith
Katherine S. Didonato

8

10200 Willow Creek Road, Suite 150
San Diego, CA 92131

9

Tel:    (858) 935-9960

10

Fax:    (858) 939-1939
email:  bill@doylelowther.com

11

        john@doylelowther.com

12

        jim@doylelowther.com
        ssmith@doylelowther.com

13

        kate@doylelowther.com

14

15

GLYNN LAW GROUP
THOMAS E. GLYNN

16

10200 Willow Creek Rd., Suite 170
San Diego, CA 92131

17

Tel:    (858) 271-1100

18

Fax:    (858) 876-1530
email:  tom@glynnlawgroup.com

19

20

THE CONSUMER LAW GROUP
ALAN M. MANSFIELD

21

10200 Willow Creek Rd., Suite 160

22

San Diego, CA 92131
Tel: (619) 308-5034

23

Fax: (888) 341-5048

24

email: alan@clgca.com

25

*Attorneys for plaintiffs and the
proposed class*

26

27

Dated: September 17, 2013          SHEARMAN & STERLING LLP

28

1    JAMES DONATO
     JIYOUN CHUNG
2
3         _____/s/ James Donato_____
     JAMES DONATO
4
5    Four Embarcadero Center, Suite 3800
     San Francisco, CA 94111
6    Tel: (415) 616-1100
     Fax: (415) 616-1199
7    jdonato@shearman.com
8    jchung@shearman.com

9    *Attorneys for Defendant LG Electronics*
10   *Mobilecomm U.S.A., Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28