| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>Defendant. | CASE NO. 3:11-cv-01576-H (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR TWO WEEK EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

1  On September 17, 2013, Plaintiffs Terry Horvath, Jeremy Forsythe, Ronald Johnson, and Fred Montgomery and Defendant LG Electronics MobilComm U.S.A., Inc. filed a joint motion for a two-week extension of the deadline for filing a motion for preliminary approval of their settlement, originally set for September 18, 2013. (Doc. No. 87.) The Court determines that the parties have shown good cause to extend the deadline. Accordingly, the Court grants the parties' request for an extension to file a motion for preliminary approval of settlement until October 2, 2013.

**IT IS SO ORDERED.**

DATED: September 19, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT