DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN A. LOWTHER IV (207000)
JAMES R. HAIL (202439)
SAMANTHA A. SMITH (233331)
KATHERINE S. DIDONATO (272704)
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960
(858) 939-1939 fax

[additional counsel on signature page]

*Attorneys for plaintiffs and the proposed class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>　　　　Defendant. | Case No. 3:11-cv-01576-H<br><br>CLASS ACTION<br><br>**Plaintiffs' Notice of Motion and Motion For Entry Of Order Preliminarily Approving Settlement And Class Notice Program**<br><br>Date: November 4, 2013<br>Time: 10:30 a.m.<br>Court: Hon. Marilyn L. Huff |

---
PLTFS' MOTION FOR PRELIM. APPROVAL OF SETTLEMENT 11-cv-1576

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of John Lowther, Esq., and the Settlement Agreement ("Settlement"), Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Marilyn L. Huff, United States District Judge, at the United States District Court, Southern District of California, on November 4, 2013 at 10:30 a.m., for the entry of the [Proposed] Order Granting Preliminary Approval of Class Action Settlement and Directing Dissemination of Class Notice that, among other things: (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of Notice to the Settlement Class; (2) certifies the Class for settlement purposes; (3) appoints Doyle Lowther LLP, The Consumer Law Group, and Glynn Law Group as Class Counsel; (4) finds the program of Notice to be the best practicable under the circumstances; (5) approves the form(s) of the Notice of the Settlement; and (6) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the Settlement.

| | |
|---|---|
| DATED: October 2, 2013 | Respectfully Submitted, |
| | */s/ John Lowther*<br>JOHN LOWTHER |
| | DOYLE LOWTHER LLP<br>William J. Doyle II<br>James R. Hail<br>10200 Willow Creek Road, Suite 150<br>San Diego, CA 92131<br>Tel:   (858) 935-9960<br>Fax:   (858) 939-1939<br>email:  bill@doylelowther.com<br>            john@doylelowther.com<br>            jim@doylelowther.com |
| | GLYNN LAW GROUP<br>THOMAS E. GLYNN<br>10200 Willow Creek Rd., Suite 170<br>San Diego, CA 92131<br>Tel:   (858) 271-1100<br>Fax:   (858) 876-1530<br>email:  tom@glynnlawgroup.com |
| | THE CONSUMER LAW GROUP<br>ALAN M. MANSFIELD<br>10200 Willow Creek Rd., Suite 160<br>San Diego, CA 92131<br>Tel: (619) 308-5034<br>Fax: (888) 341-5048<br>email: alan@clgca.com |
| | *Attorneys for plaintiffs and the proposed class* |