DOYLE LOWTHER LLP
WILLIAM J. DOYLE II (188069)
JOHN A. LOWTHER IV (207000)
JAMES R. HAIL (202439)
SAMANTHA A. SMITH (233331)
KATHERINE S. DIDONATO (272704)
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
(858) 935-9960
(858) 939-1939 fax

[additional counsel on signature page]

*Attorneys for plaintiffs and the proposed class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORVATH, JEREMY FORSYTHE, RONALD JOHNSON, and FRED MONTGOMERY, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation;<br><br>Defendant. | Case No. 3:11-cv-01576-H<br><br>CLASS ACTION<br><br>**Plaintiffs' Notice of Motion and Motion for Final Approval of Settlement, Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards**<br><br>Date: January 13, 2014<br>Time: 10:30 a.m.<br>Court: Hon. Marilyn L. Huff |

_____
PLTFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
11-CV-1576

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 13, 2014, at 10:30 a.m., or as soon thereafter as counsel can be heard, in Courtroom 15A of the United States District Court for the Southern District of California, located at 333 W. Broadway, San Diego, California 92101, Plaintiffs will and hereby do move the Court for an order approving settlement and judgment awarding counsel their attorneys' fees and expenses.

Plaintiffs' motion is based on the Settlement, this Notice of Motion and Motion, the accompanying Memoranda of Points and Authorities, the supporting declarations of John Lowther and William J. Doyle II, Alan M. Mansfield, Thomas E. Glynn, and all other papers filed and proceedings had in this action, and such evidence and argument as may be presented at the hearing on this Motion.

DATED: December 16, 2013    Respectfully Submitted,

                                           */s/ William J. Doyle II*
                                           WILLIAM J. DOYLE II

                                           DOYLE LOWTHER LLP
                                           John Lowther
                                           James R. Hail

10200 Willow Creek Road,
Suite 150
San Diego, CA 92131
Tel:   (858) 935-9960
Fax:   (858) 939-1939
email:  bill@doylelowther.com
        john@doylelowther.com
        jim@doylelowther.com

GLYNN LAW GROUP
THOMAS E. GLYNN
10200 Willow Creek Rd., Suite 170
San Diego, CA 92131
Tel:   (858) 271-1100
Fax:   (858) 876-1530
email:  tom@glynnlawgroup.com

THE CONSUMER LAW GROUP
ALAN M. MANSFIELD
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048
email: alan@clgca.com

*Attorneys for plaintiffs and the proposed class*

2

_____
PLTFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
11-CV-1576